IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYNX SERVICES, L.L.C.,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; SAFELITE GROUP, INC.; AND SAFELITE SOLUTIONS L.L.C.<br><br>      Defendants. | Civil Action No. 25-cv-1251<br><br>EQUITABLE RELIEF IS SOUGHT AND JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, LYNX Services, L.L.C., has filed with the Court a Motion for Leave to File Under Seal ("Motion"). As set forth in the Motion, Plaintiff has lodged the following documents ("Confidential Documents") with this Court:

1. Plaintiff's Original Complaint, with attached Exhibits A-E.

2. Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for a Preliminary Injunction and its Supporting Memorandum, with attached Exhibits A-N, including a Declaration from Lisa Langford with attached Exhibits A-1 to A-4.

The Motion is made on the basis that the Confidential Documents contain trade secret, highly confidential, and proprietary information. Plaintiff's request is narrowly tailored to seal only that material for which good cause to seal has been established.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The following documents are hereby ordered sealed:

1. Plaintiff's Original Complaint and attached Exhibits A-E

2. Plaintiff's Emergency Application for a Temporary Restraining Order and Motion for a Preliminary Injunction and its Supporting Memorandum, with attached Exhibits A-N, including a Declaration from Lisa Langford with attached Exhibits A-1 to A-4.

IT IS SO ORDERED.

Dated: _____  _____
HONORABLE JUDGE
United States District Court for the Central District of Illinois