E-FILED
Tuesday, 14 July, 2026  09:45:22 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

#4100213839

# AMENDMENT #5

This is an amendment (the "Amendment"), effective July 1, 2022, ("Amendment Effective Date") to that certain Glass Claims Services Out-Tasking Agreement #2000010319, (the "Agreement") between State Farm Mutual Automobile Insurance Company, for the benefit of itself, its subsidiaries and affiliates ("STATE FARM"), located at One State Farm Plaza, Bloomington, Illinois 61710, and LYNX Services, L.L.C., organized under the laws of Kansas ("LYNX") located at 6351 Bayshore Road, Suite 18, Fort Meyers, FL 33917. All capitalized terms not otherwise defined herein shall have the same meaning as in the Agreement.

## RECITALS

WHEREAS, the parties have entered into the Agreement, and the parties agree to amend the Agreement, effective as of the Amendment Effective Date, as herein set forth:

1.    Section 1, <u>EFFECTIVE DATE/TERMINATION OF CURRENT AGREEMENT</u> is hereby replaced in its entirety with the following:

"1.  <u>EFFECTIVE DATE</u>.  This Agreement shall become effective on July 1, 2017, ("Effective Date") upon authorized signatures of the two parties to this Agreement below and shall remain in effect until July 1, 2025, (the "Term") unless terminated in accordance with the terms of Section 29. This Agreement may be extended for two (2) additional one (1) year terms upon written agreement of the Parties."

2.    ████████████████████████████████████████████



DocuSign Envelope ID: B72B9BD9-E846-46FC-A454-B1AF07571DCD

#4100213839



#4100213839



This Amendment together with the Agreement (and any exhibits, attachments, addenda, amendments and supplements thereto) shall be the complete and exclusive statement of the arrangement between the parties as to the subject matter of the Agreement, and shall be binding upon each of the parties hereto, their respective successors and permitted assigns. In the event of a conflict between the terms and conditions hereof, and the terms and conditions of the Agreement, the terms and conditions hereof shall govern. Neither this Amendment nor the Agreement can be amended or otherwise modified, except as agreed to in writing by each of the parties hereto.

**LYNX SERVICES, L.L.C.**

DocuSign by:
*David Babin*
E624B8D2D00E40B...
Signature

David Babin
Printed or Typed Name

Secretary
Title

6/29/2022 | 12:38:36 PM CDT
Date

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

DocuSign by:
*Paul Smith*
2437923C44AD486...
Signature

Paul Smith
Printed or Typed Name

EVP-Chief Operating Officer
Title

6/29/2022 | 10:53:37 AM CDT
Date

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: B72B9BD9E84646FCA454B1AF07E71DCD | | Status: Completed |
| Subject: **RUSH**C8CH-State Farm-Contract Execution – LNYX Services, LLC – Amendment 5 | | |
| Source Envelope: | | |
| Document Pages: 12 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | State Farm Corporate Purchasing |
| AutoNav: Enabled | | 1 State Farm Plaza |
| EnvelopeId Stamping: Enabled | | Bloomington, IL 61701 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | home.purch-sfesign.140i00@statefarm.com |
| | | IP Address: 206.80.132.32 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: State Farm Corporate Purchasing | Location: DocuSign |
| 6/29/2022 10:08:11 AM | home.purch-sfesign.140i00@statefarm.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jeff Graham<br>jeff.graham.hqe8@statefarm.com<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Signed by link sent to<br>jeff.graham.hqe8@statefarm.com<br>Using IP Address: 206.80.132.21 | Sent: 6/29/2022 10:10:45 AM<br>Viewed: 6/29/2022 10:11:20 AM<br>Signed: 6/29/2022 10:11:52 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 6/29/2022 10:11:20 AM<br>ID: 60edad2b-2bc7-4570-a628-69f81f70fefc | | |
| Paul Smith<br>paul.smith.chtb@statefarm.com<br>EVP-Chief Operating Officer<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Paul Smith*<br>2437923C44AD486...<br><br>Signature Adoption: Pre-selected Style<br>Signed by link sent to<br>paul.smith.chtb@statefarm.com<br>Using IP Address: 206.80.132.69 | Sent: 6/29/2022 10:11:54 AM<br>Viewed: 6/29/2022 10:52:50 AM<br>Signed: 6/29/2022 10:53:37 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 6/29/2022 10:52:50 AM<br>ID: 6cafe670-5c92-4ae7-8814-e0ed78afbbed | | |
| David Babin<br>david.babin@solera.com<br>Secretary<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*David Babin*<br>E624B8D2D60E40B...<br><br>Signature Adoption: Pre-selected Style<br>Signed by link sent to david.babin@solera.com<br>Using IP Address: 4.79.182.82 | Sent: 6/29/2022 10:53:40 AM<br>Viewed: 6/29/2022 11:03:58 AM<br>Signed: 6/29/2022 12:38:36 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 6/29/2022 11:03:58 AM<br>ID: 2612ea5d-71fd-4396-82e0-8596b12841e3 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|
| Jeff Graham<br>jeff.graham.hqe8@statefarm.com<br>Security Level: Email, Account Authentication (None) | **VIEWED**<br><br>Using IP Address: 206.80.132.21 | Sent: 6/29/2022 10:08:11 AM<br>Viewed: 6/29/2022 10:09:36 AM<br>Completed: 6/29/2022 10:10:44 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 6/29/2022 10:09:36 AM<br>ID: a5576548-8f98-422b-9e82-c22dbd1e7ebe | | |

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Shelly Mills<br>shelly.mills.c8ch@statefarm.com<br>Procurement Specialist<br>State Farm Corporate Purchasing<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 6/29/2022 10:08:11 AM<br>Viewed: 6/29/2022 10:08:11 AM<br>Signed: 6/29/2022 10:08:11 AM |
| Jeff Graham<br>jeff.graham.hqe8@statefarm.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 6/29/2022 10:11:20 AM<br>ID: 60edad2b-2bc7-4570-a628-69f81f70fefc | **COPIED** | Sent: 6/29/2022 10:53:39 AM |
| John Christensen<br>john.christensen.ghu1@statefarm.com<br>P&C Claim Director<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 6/29/2022 12:38:38 PM |
| Sarah Rogers<br>sarah.rogers.sn07@statefarm.com<br>Procurement Specialist<br>State Farm Corporate Purchasing<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 6/29/2022 12:38:39 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/29/2022 10:08:11 AM |
| Certified Delivered | Security Checked | 6/29/2022 11:03:58 AM |
| Signing Complete | Security Checked | 6/29/2022 12:38:36 PM |
| Completed | Security Checked | 6/29/2022 12:38:39 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on 8/3/2021 5:04:00 PM
Parties agreed to: Jeff Graham, Paul Smith, David Babin, Jeff Graham, Jeff Graham

1:25-cv-01251-JEH-RLH    # 70-4    Filed: 07/14/26    Page 8 of 9

# Agreement to do business electronically with State Farm®

By agreeing to these terms, you are providing your consent to receive documents and communications electronically. These communications include but are not limited to any customer agreements, disclosures, documents, notices, and all other documents or information, including information that may or may not be required by law to be provided to you in writing. Your consent applies only to the documents presented here related to this transaction with State Farm Mutual Automobile Insurance Company or its affiliates* ("State Farm"). If you provide your consent, you authorize State Farm to cease providing these communications in paper format, although we may continue to provide certain communications in paper format where we deem it necessary or desirable to do so, or as required by law. We may mail you paper copies of certain documents. State Farm reserves the right to terminate this agreement at any time. If you would like to change the products or services you have selected to include in this electronic documentation, please contact your State Farm Agent or State Farm at 1-800-STATE-FARM (1-800-782-8332).

You have the right to withdraw your consent to receive documents electronically. If you withdraw your consent to receive documents electronically, documents will be sent in paper form via mail or provided to you by your State Farm Agent. If you choose to consent now and then wish to withdraw your consent in the future, you must contact us in writing, by email, or telephone at: 1-800-STATE-FARM (1-800-782-8332).

You may print any electronic communications that we provide to you by accessing your document library through statefarm.com or contacting your State Farm Agent to request a copy.

If you would like to update the information needed to contact you electronically or if you would like to request paper copies of the disclosures at no cost to you, you must contact us in writing, by email, or telephone at:1-800-STATE-FARM (1-800-782-8332).

In order to properly access, print or otherwise retain the following document(s) on your own, you must have the following hardware and software (collectively, "System Requirements"):

o   An Internet-enabled electronic device with functioning access to the Internet and capable of sending and receiving email
o   Acrobat or similar software may be required to view and print PDF files
o   A printer, if you desire paper records
o   An internet browser

Supported browsers include the current and one prior major version of the following browsers: Microsoft Edge, Internet Explorer, Safari, Mozilla Firefox and Google Chrome.

Under no circumstances will State Farm be liable for any damages whatsoever arising out of the transmission of any information under this agreement. If you agree to be bound by this agreement, check the box next to the "I Agree" statement.

* Including but not limited to: State Farm Mutual Automobile Insurance Company, State Farm Fire and Casualty Company, State Farm Life Insurance Company, State Farm Life and Accident Assurance Company, State Farm Guaranty Insurance Company, State Farm Indemnity Company, State Farm General Insurance Company, State Farm County Mutual Insurance Company of Texas, State Farm Lloyds, State Farm Florida Insurance Company

State Farm insurance policies, applications, forms and required notices are written in English. If this document has been translated, the translation is for your convenience. In the event of any difference in interpretation, the English language version controls.