E-FILED
Tuesday, 14 July, 2026  09:45:22 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT D

**State Farm**®

March 31, 2025

Subject:    State Farm National Glass Program TPA vendor change

To:          State Farm National Auto Glass Shop Participants

From:        Brianne Jones, Vice President Operations – P&C Claims

**What you should know**

Effective **July 1, 2025**, State Farm® will begin using Safelite® Solutions as its new National Glass Program third party administrator (TPA), replacing our current Glass TPA vendor, LYNX Services. **There will be no changes to our National Glass Program.**

As a result of this vendor change, you may be asked to take specific actions in preparation for our shift to Safelite Solutions. We are working through those details and will share more information with you as it becomes available.

**Additional Details**

- Safelite Solutions is not the same as Safelite Auto Glass, which handles glass repairs. While Safelite Auto Glass will remain a participant in our National Glass Program, customers will continue to have the option to choose their preferred glass repair shop.
  - If customers don't have a preferred repair shop, our current process of assigning shops on a rotation basis will continue.
- State Farm agents and claim handlers have been notified of this change.

**Questions?** Contact State Farm Glass Claim Services at 1-800-291-8650.

Thank you for your flexibility and partnership.