E-FILED
Tuesday, 14 July, 2026  09:45:22 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LYNX SERVICES, LLC

        Plaintiff,

        v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; SAFELITE
GROUP, INC.; and SAFELITE
SOLUTIONS LLC

        Defendants.

Civil Action No. 25-cv-1251

JURY TRIAL DEMANDED

## DECLARATION OF LISA LANGFORD

1. My name is Lisa Langford.  I am over the age of 18 years, am a resident of Cambridge Springs, Pennsylvania, and currently work as the Senior Director of Client Experience at Solera Holdings, Inc. ("Solera"). I make this declaration based upon my personal knowledge, and I am competent to testify to the matters stated herein.

2. LYNX Services, LLC ("LYNX") is a wholly-owned subsidiary of Solera.  I have worked on managing the State Farm account since the inception of the relationship in 1996.  I lead the team responsible for the technology platform behind the LYNX glass claims business and have been doing that for many years.

3. In fact, I led the team responsible for the development of the technology platform behind the LYNX glass claims business.  This included the requirements definitions and leading the project implementation for Customized Offers® ("Customized Offers") and METRYX® Industry Services Registry ("METRYX").  In addition to leading these efforts,

DECLARATION OF LISA LANGFORD

I also led the implementation and modification of these tools for several LYNX clients, including State Farm and Allstate Insurance.

4. I am authorized to make this declaration on behalf of LYNX in support of its motion for a temporary restraining order and preliminary injunction.

**LYNX**

5. LYNX is one of the nation's largest third-party managers of insurance claims and specialized call center/business process outsourcing services. Because we provide a customized management process that drives consistent quality outcomes, leading insurers choose us to manage their auto glass, auto physical damage, first notice of loss and property/homeowners' claims transactions. These insurers trust us to manage the policyholder experience, as well as optimize expenses and indemnity costs.

6. To provide these services to our customers, LYNX utilizes best-in-class industry tools and has developed innovative proprietary tools to streamline receiving and sending information between its software systems and its customers' software systems. Such tools minimize the chance of error and improve efficiency. These tools are used in auto glass claims services.

7. With respect to the auto glass claims business, LYNX has two sets of customers. The first set are the auto glass service providers, of which there are thousands located around the United States. These auto glass service providers are the companies that physically perform the repair of a damaged window (often a windshield), a repair that is typically covered by the car/truck-owner's insurance or, in the case of large groups of vehicles, a fleet company (such as, for example, Avis or ARI). LYNX is not in the glass repair business, meaning it does not itself and is not affiliated with any company that actually performs the physical

DECLARATION OF LISA LANGFORD

repair of damaged auto glass.

8. The second set of LYNX customers are insurance companies. Historically, State Farm is one such insurance company. With respect to the auto glass claims business, LYNX also contracts with other insurance companies and fleet customers such as ████████████ ████████████████████ Most of these customers leverage the LYNX Services Program in which LYNX, through the LYNX Participant Agreement, contracts with the marketplace. Others take advantage of the infrastructure within METRYX to contract directly with the marketplace with a customized agreement.

9. One of LYNX's key competitors in the business of managing auto class claims is Safelite. Part of Safelite's business is, like LYNX's business, managing auto glass claims for insurance companies. Unlike LYNX, however, Safelite is also directly in the business of actually performing the auto glass repairs. State Farm previously has prohibited its TPAs from holding such a dual role. As Safelite reports on its website, it has more than 7,100 locations and mobile glass repair shops nationwide and is "the only national auto glass repair replacement service" that is "available to more than 96% of U.S. drivers and all 50 states."[1] As a result, Safelite is a direct competitor of LYNX and each of the auto glass service providers. Safelite has a history of using exclusionary and predatory practices that unfairly disadvantage its competitors in the auto glass industry.

## METRYX

10. One of the tools that LYNX uses in its management of glass claims business is METRYX. METRYX was introduced in August 2005 and is an online database for managing the more than 11,000 auto glass service providers across the United States. LYNX uses METRYX

---

[1] See https://www.safelite.com/store-locator

**DECLARATION OF LISA LANGFORD**

to manage fleet and insurance companies' glass programs. METRYX includes a profile for each auto glass service provider. The profiles include zip codes serviced by each retailer, technician certifications and background checks, customer satisfaction performance, warranty experience, years as a glass program member, and NAGS part usage for each auto glass service provider.

11. METRYX is hosted on LYNX's website and is password-protected.

12. METRYX allows the insurance company to readily access the METRYX profile information for any auto glass service provider that has registered to be part of that insurance company's specific glass program.

13. METRYX is also useful for auto glass service providers. METRYX allows the auto glass service providers to submit their profile information once into METRYX, which is then accessible to each insurance company the auto glass service provider has chosen to register with, rather than having to submit the same information to each insurance company directly. Each auto glass service provider is only able to access its own profile using a password-protected account.

14. To register with METRYX, an auto glass service provider must provide the following information: company profile including address and contact information, remittance information, certification data, as well as service center profile including business hours, mobile service vehicles, technician data and service area. LYNX then uses a proprietary algorithm to audit each auto glass service provider's METRYX profile to confirm the profile is complete.

15. Using this profile information, key performance indicators, and policyholder feedback, LYNX can identify best-in-class auto glass service providers to serve the customers of

DECLARATION OF LISA LANGFORD

contracting insurance companies.  It is the only process of its kind in the auto glass industry.

16. LYNX's ability to gather this information is directly related to its independence from and its not competing in the glass marketplace.  For this reason, auto glass service providers provide this information to LYNX when they would not provide it to a third-party administrator and auto glass service provider with whom they compete, like Safelite.

17. LYNX made significant marketing and sales efforts related to METRYX and includes METRYX in virtually every glass claim handling proposal.  For example, METRYX and the impact on State Farm's indemnity are reported periodically to State Farm and were highlighted in LYNX's response to the State Farm request for proposal in 2024.

**Customized Offers**

18. Another tool LYNX uses when managing glass claims is Customized Offers.  Customized Offers is a proprietary tool that uses METRYX data to allow selected auto glass service providers the ability to offer additional discounts to insurance companies in exchange for additional opportunities for non-choice referrals.

19. Customized Offers uses METRYX data to determine standard pricing for auto glass service providers based on the service center and service areas the auto glass service provider selects during the METRYX registration process.

20. One of the steps in the process is that the additional discount points ride on top of program pricing.  Therefore, when an insurance company adjusts their program pricing, the additional offer amount is applied on top of the initial discount.

**The State Farm/LYNX Business Arrangement**

21. LYNX has served as the third-party administrator for State Farm Mutual Automobile Insurance Company ("State Farm") since July 1, 1997.

DECLARATION OF LISA LANGFORD

22. This relationship is currently governed by the State Farm Glass Claims Services Out-Tasking Agreement ("Agreement"), effective July 1, 2017.

23. Under the terms of the Agreement, LYNX was to administer State Farm's glass claims. LYNX used METRYX and Customized Offers as tools to administer State Farm's glass claims.

24. Under the terms of the Agreement, State Farm had access to certain of LYNX's trade secrets and confidential information, along with the confidential information of LYNX's vendors, suppliers, or customers, including the auto glass service providers.  For this reason, LYNX required that State Farm adhere to strict confidentiality provisions under the terms of the Agreement.

25. The Agreement was set to expire July 1, 2022.  On June 29, 2022, LYNX and State Farm renewed the Agreement through July 1, 2025.

26. On March 31, 2025, LYNX received an announcement where Ms. Brianne Jones, State Farm's Vice President of Operations for P&C Claims, stated that State Farm would be using Safelite Solutions ("Safelite") as its new glass claims third-party administrator and that there would be "no changes" to its glass program.  This announcement appears to have been sent to all of State Farm's National Auto Glass Shop Participants.  All of the State Farm National Auto Glass Shop Participants contract through LYNX and are registered in METRYX.

27. As noted above, LYNX and Safelite are direct competitors in the auto glass claims management space.

28. Upon receiving this announcement, LYNX understood Ms. Jones's statements to mean that State Farm and Safelite had used and were continuing to use LYNX's trade secrets to

DECLARATION OF LISA LANGFORD

develop a similar or identical glass program management system as LYNX's.

29. In response, I reached out to Mr. John Simmons, Category Manager – Purchasing at State Farm, to let him know that we remained committed to being a good partner with State Farm until the Agreement expired, but that LYNX was concerned about the statements in Ms. Jones's email. (*See* Ex. A-1 (Email chain between Langford and Simmons).) Specifically, State Farm's statement that there would be "no changes" to State Farm's glass program was concerning because State Farm recognized that its current glass program (managed by LYNX) incorporates LYNX's proprietary management tools – METRYX and Customized Offers. (*See id.*) I reminded Mr. Simmons neither these tools nor the information in them (which include Trade Secrets A and B, identified below) would be available in State Farm's new glass program (managed by Safelite) based on the confidentiality obligations in the Agreement. (*See* Ex. A-2 (Email chain between Langford, Simmons, and Paul).) Finally, I asked Mr. Simmons to confirm that such information was not being shared with Safelite and let him know that we would be pausing the delivery of the automated reports including such information until we had a chance to discuss my email. (*See id.*) Mr. Griffin Paul, an LDA Section Manager at State Farm, responded that State Farm did not intend to share any proprietary information of LYNX with Safelite, but that it would be providing Safelite with information related to the auto glass service providers which participate in State Farm's glass program, "as reflected in the reports [LYNX] created for and provided to State Farm." (*Id.*) I then reached out to Mr. Paul to remind State Farm the reports LYNX provided to State Farm are exported from the METRYX system which is a LYNX proprietary system and that all information contained within the METRYX system, including the reports generated therefrom is confidential and proprietary to LYNX. (*See id.*) I reiterated that

DECLARATION OF LISA LANGFORD

LYNX expects that none of the reports or information contained therein had been or would be shared to any third party, including Safelite. (*See id.*) I once again requested confirmation that State Farm had not and would not disclose any information from METRYX to Safelite or any other third party. (*See id.*) To date, we have not received such confirmation.

30. LYNX also discussed this issue with Mr. Eric Thomas, a State Farm attorney.  Mr. Thomas conveyed that State Farm believed it owned any information from METRYX that LYNX shared with State Farm.  State Farm does not own this information as explained below.  Mr. Thomas further stated that State Farm had shared and was continuing to share that information, which included the LYNX's trade secrets.

**LYNX's Trade Secrets**

31. My understanding is that this case involves several of LYNX's trade secrets.  In this declaration, I explain the specific details concerning three of these trade secrets, which I refer to as Trade Secrets A, B, and C.

32. Trade Secrets A and B comprise information collected, curated, and maintained by LYNX through its METRYX system over nearly twenty years.

33. LYNX's trade secrets comprise information, some which is itself created by additional LYNX trade secrets that are not at issue in this case.  The trade secret information and pricing strategy at issue in this case, including the three trade secrets described below, have been provided by LYNX to State Farm during the course of their contractual engagement, and strictly pursuant to the trade secret protections afforded by the Agreement.

34. Specifically, this information has been provided to State Farm in agreements LYNX entered with State Farm and in a monthly export of data sent over secured FTP in the form

DECLARATION OF LISA LANGFORD

.CSV files (which can be opened in Microsoft Excel), with the relevant names included below.

35. LYNX understands that State Farm can import LYNX's trade secret files into their own systems and use them strictly for purposes of performing its obligations under the Agreement.  Specifically, LYNX created application programming interfaces ("API") that allows secured processes to access any or all the information types discussed above for insurance companies to use, which allows the insurance companies' customers the ability to make more informed choices when selecting an auto glass service providers and/or service to resolve their glass claims.  For example, LYNX understands that State Farm uses the METRYX APIs to provide retailer information to its mobile application and website, allowing State Farm's customers to easily find available auto glass service providers when resolving glass claims.

36. By providing these reports, LYNX gave State Farm the ability to monitor claim activity, analyze metrics of program participants, and determine Offer & Acceptance program coverage.

*Trade Secret A (AGSP Compilation)*

37. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████

**DECLARATION OF LISA LANGFORD**



**DECLARATION OF LISA LANGFORD**

38. The foregoing files contain details about an auto glass service provider, including details about the auto glass service provider's (potentially multiple) service centers and service areas.

39. The fields listed above that start with █████████████████████████████

████████████████████████████████████████████████████████████

███████████ ███████████████████████████████████

████████████████████████████████████████████████

██████████

40. The fields named █████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████ The field named ██████████████████████

████████████████████

41. The fields that start with either █████████████████████████████

███████████████████████ ███████████████████████████████

██████████

42. The fields that start with ██████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████. Each of these fields relates to service area information.

43. The last few fields listed above for █████████████████████████████

████████████████████████████████████████████████████

██████████████████████

44. In addition, for State Farm, METRYX ████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████ further explained below with respect to Trade Secret B.  As

noted below, this ███████████████ is based on LYNX's specific algorithms and

State Farm does not and cannot create these ████████████████████████

without using ████████████████████████

45. The remaining fields identified above are self-explanatory and contain further detailed information about the auto glass service providers, their service centers, and their repair capabilities.

46. Thus, Trade Secret A is a compilation of the profile information for the auto glass service providers that have completed a profile in LYNX's METRYX system.  This information is compiled, maintained, curated, and updated by LYNX and/or the auto glass provider for the benefit of LYNX and LYNX's contracted customers.  As noted above, LYNX has many other insurance company customers other than State Farm.  Trade Secret A is used to service those customers as well, not just State Farm.

47. In addition, the auto glass service providers provide LYNX with information to create their METRYX profile, not to State Farm.  In this way, the auto glass service providers can gain access to all of LYNX insurance-company relationships, not just the relationship that it has had with State Farm.  Indeed, there are currently just over 6,000 auto glass service providers that have completed profiles in METRYX and participate in one or more LYNX programs. While there are over 3,500 auto glass service providers with completed profiles in METRYX that have elected to work both with State Farm and with LYNX's other

DECLARATION OF LISA LANGFORD

insurance/fleet company customers, there are also over 1,000 auto glass service providers that have completed profiles in METRYX that participate only with LYNX's other insurance/fleet company customers.

48. Trade Secret A is a closely guarded LYNX trade secret. METRYX is password protected and requires authorized users to login to access information. When sharing its monthly reports with State Farm, LYNX uses protected secured FTP links. It also routinely performs security audits. Moreover, LYNX complies with industry standards for securing its information; it is SOX compliant and ISO certified in information security. LYNX also limits the number and types of employees that can access the information in METRYX and requires these employees to undergo special security training before receiving access to the confidential information, like Trade Secret A, in METRYX. For examples, LYNX restricts internal access to its database, METRYX profiles, and technician and VIN information to only a few employees who have a need to know this information, e.g., to manage reported duplications and facilitate verification with appropriate agencies.

*Trade Secret B (AGSP Service Area Information)*

49. One particular aspect of the METRYX profile information from auto glass service providers relates to the specific services areas that the specific auto glass service provider may service. This information includes the following information, contained in the following specific file, called █████████████████

| File Name | Information Fields |
|---|---|
| ███████████████ | ████████████ |
| | ██████████████████ |
| | ███████████████ |
| | ██████████████████ |
| | ████████████████████ |
| | ███████ |
| | ██████████████ |

**DECLARATION OF LISA LANGFORD**

50. As explained above, ███████████████████████████████

███████████████████████████████████████

51. There are several important aspects of this information.

52. First, this ████████████████████████████████

███████████████████████████████████████

██████████████████████████████ Instead, it is the result of a

proprietary algorithm that is used behind the scenes by the METRYX system during the

profile creation process.  That process includes ███████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

53. Second, ██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████, but instead is specifically limited by

the METRYX algorithms during the creation of the service center profile, or when updating

it.

54. Once the █████████████████████████████████ that

**DECLARATION OF LISA LANGFORD**

information, which was itself built upon LYNX's proprietary algorithms, is used set the

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████ Without using the LYNX

METRYX system, neither State Farm nor any other company can recreate the ███████

██████████████████████ contained in this file.

55. This logic (which is the subject of Trade Secret C, explained below) and the information derived from it is not specific to State Farm. Instead, LYNX uses ████████████████ ████████████ and information across all programs that it manages. In this way, all of LYNX's customers benefit from this logic and the information derived from it.

56. This ███████████████████████████████ and the information derived from it has saved State Farm millions of dollars in indemnity impact.

57. Thus, Trade Secret B is a particular set of information, namely, ████████████ ████████████████████████████████████████████████ ████████████████████████████████████████ This information is specifically generated by LYNX's proprietary algorithms used during the METRYX profile application and modification processes.

58. Trade Secret B is a closely guarded LYNX trade secret maintained in the proprietary database procedures which drive the METRYX application. As explained above, METRYX is password protected and requires authorized users to login to access information. When sharing its monthly reports containing this trade secret with State Farm, LYNX uses protected SFTP links. LYNX also routinely performs security audits.

**DECLARATION OF LISA LANGFORD**

Moreover, LYNX complies with industry standards for securing its information; it is SOX compliant and ISO certified in information security.  LYNX also limits the number and types of employees that can access the information in METRYX and requires these employees to undergo special security training before receiving access to the confidential information, like Trade Secret B, in METRYX. For examples, LYNX restricts internal access to its database, METRYX profiles, and technician and VIN information to only a few employees who have a need to know this information, e.g., to manage reported duplications and facilitate verification with appropriate agencies.

*Trade Secret C (METRYX Pricing Strategy)*

59. Trade Secret C is the METRYX Pricing Strategy, which is the pricing logic mentioned briefly above.  To be clear, this is the basic overall pricing strategy and is separate and distinct from the information derived from its use in the METRYX system, which is Trade Secret B.

60. Under the METRYX Pricing Strategy, ███████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████ Specifically, under the METRYX Pricing

Strategy, ███████████████████████████████

███████████████████████████████████

██████████████████████████ The basic idea of the METRYX Pricing Strategy

is that ██████████████████████████████

**DECLARATION OF LISA LANGFORD**

████████████████

61. This logic was a primary driver in the development of METRYX.  Prior to METRYX, insurance company pricing was based on the physical location of the service center.  This led to glass repair companies purposely locating their service centers in rural areas adjacent to urban areas and taking advantage of more advantageous rural pricing while still having the advantage of the urban volume.  In addition to the pricing advantage provided by METRYX, ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████  Prior to METRYX, auto glass service providers would ████████████████████████████████████████████████

████████

62. The METRYX Pricing Strategy was developed by LYNX as a part of the three year development effort to change the way auto glass service providers were managed, eliminating the pricing manipulation noted above.  When the program launched in August of 2005, it was the first such combination of data and pricing methodology in the industry.  As far as I know, it continues to be unique among Glass Claim Administrators.

63. Eventually, the METRYX Pricing Strategy was included in the State Farm National Offer and Acceptance Agreement, which is an agreement between State Farm and the individual auto glass service providers.  Specifically, it is included in "Section III – Program Requirements" in that agreement, which I understand is attached (as Attachment G) to and made a part of the Agreement between State Farm and LYNX.

64. Attached as Exhibit A-3 is a copy of the most recently updated version of Attachment G to the Agreement.  Section III specifically includes the METRYX Pricing Strategy in

DECLARATION OF LISA LANGFORD

Paragraph A and B as seen below:



65. That is the METRYX Pricing Strategy.

66. I recently became aware that Safelite has sent out a "new" National Offer and Acceptance Agreement that includes the METRYX Pricing Strategy.  Specifically, I understand that Safelite sent out an email on June 24, 2025 that included the following information:



67. It is clear from this email that Safelite is acknowledging the "continued participation" of

recipients that do not respond.  That would not be possible unless Safelite has already, or so will, have access to Trade Secrets A and B described above.  Nor would it be possible to have "no changes" to the program, as State Farm told the industry as noted above.

68. Attached as Exhibit A-4 is a copy of the "new" National Offer and Acceptance Agreement that Safelite delivered with this June 24 email.  It includes the METRYX Pricing Structure:



69. As seen in the comparison of the language from the two agreements below, the language is identical.



**DECLARATION OF LISA LANGFORD**

████████████████████    ████████████████████
████████████████████    ████████████████████

70. This means that State Farm has shared Trade Secret C with Safelite and that Safelite is using it.

71. ████████████████████████████████ and the information derived from it has saved State Farm millions of dollars in indemnity impact, and now it has been delivered to, and used by, Safelite, our direct competitor.

72. As noted above, the METRYX Pricing Strategy is not specific to State Farm. Instead, LYNX uses the METRYX Pricing Strategy across all programs that it manages. In this way, all of LYNX's customers benefit from this strategy.

73. As also noted above, this ████████████████████████████ and the information derived from it has saved State Farm millions of dollars in indemnity impact.

74. Trade Secret C is a closely guarded LYNX trade secret. The strategy can be discerned from the METRYX system, which is as explained above, is password protected and requires authorized users to login to access information. LYNX also routinely performs security audits. Moreover, LYNX complies with industry standards for securing its information; it is SOX compliant and ISO certified in information security. LYNX also limits the number and types of employees that can access METRYX and requires these employees to undergo special security training before receiving access to its proprietary logic, like Trade Secret C. For examples, LYNX restricts internal access to its database to only a few employees who have a need to know this information, e.g., to manage reported duplications and facilitate verification with appropriate agencies.

75. With respect to inclusion of Trade Secret C in the State Farm National Offer and

DECLARATION OF LISA LANGFORD

Acceptance Agreement, Section III, that agreement requires the auto glass service providers (who enter into this agreement with State Farm) to abide by strict confidentiality requirements in "Section IV – Commitments" in Paragraph Q.

I declare under the penalty of perjury that the foregoing is true and correct.



LISA LANGFORD

June 26, 2025

**DECLARATION OF LISA LANGFORD**

# EXHIBIT A-1

---

**From:** Langford, Lisa████████@solera.com>
**Sent:** Tuesday, April 1, 2025 10:40 AM
**To:** Langford, Lisa
**Subject:** FW: <EXT>Lynx Touchpoint - HOLD

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ████████ | C: +1 ████████ | ████████@Solera.com | LYNXServices.com



Internal

**From:** Langford, Lisa
**Sent:** Tuesday, April 1, 2025 11:02 AM
**To:** John Simmons
**Cc:** Griffin Paul ; Amy Custer ; Pete McCann ; Megan Casper ; Sara Sears ; Brower, William
**Subject:** RE: Lynx Touchpoint

John:

Thank you for the communication regarding State Farm's program change. We will continue to be a good partner with State Farm through the end of our agreement, but I wanted to raise a concern in the communication.

The statement that **"There will be no changes to our National Glass Program"** concerns me because your current National Glass Program referenced in your O&A agreement with Glass Retailers (excerpt below) incorporates proprietary LYNX technology and data including both METRYX® and Customized Offers®. This technology will not be available to you in your new program and the technology and the information in it is subject to the confidentiality obligations in the current State Farm/LYNX agreement (Glass Claims Services Out-Tasking Agreement # 2000010319, Section 5). Please confirm that this data will not be shared consistent with our agreement.

### Section I – Definitions

For purposes of this Supplement, the following terms when used with the first letter capitalized shall have the following definitions. Any capitalized terms defined in the Agreement will maintain the same defined meaning in this Supplement.

**Customized Offers®** - Customized Offers is a Registered Trademark of LYNX Services that refers to its patented self-service web technology to enable Glass Company to modify its pricing offer to State Farm by offering additional discounts to the Baseline Program Pricing, according to terms and conditions established by State Farm.

**METRYX®** – A Glass Company Director developed by LYNX Services that enables Glass Company to identify its service capacity, capabilities, industry certifications and training, and other pertinent information.

Our next touch base is scheduled for April 8. I have paused the automated reports until we have an opportunity to discuss. If you would like to get together earlier, please let me know.

1

Thanks,

Lisa

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ███████ | C: +1 ███████ | ███████@Solera.com | LYNXServices.com



---

**From:** John Simmons ███████@statefarm.com>
**Sent:** Tuesday, April 1, 2025 1:22 AM
**To:** Brower, William ███████@solera.com>; Langford, Lisa ███████@solera.com>
**Cc:** Griffin Paul ███████@statefarm.com>; Amy Custer ███████@statefarm.com>; Pete McCann ███████@statefarm.com>; Megan Casper ███████@statefarm.com>; Sara Sears ███████@statefarm.com>
**Subject:** RE: Lynx Touchpoint

Hi Bill and Lisa – Sharing the attached memo that was sent on 3/31 to State Farm glass program participants.

Thank you.
John

Internal

---

**From:** Brower, William ███████@solera.com>
**Sent:** Monday, March 31, 2025 5:28 PM
**To:** John Simmons ███████@statefarm.com>; Langford, Lisa ███████@solera.com>
**Cc:** Griffin Paul ███████@statefarm.com>; Amy Custer ███████@statefarm.com>; Megan Casper ███████@statefarm.com>; Sara Sears ███████@statefarm.com>
**Subject:** [EXTERNAL] RE: Lynx Touchpoint

Thanks

**William Brower**
Senior Vice President Global Industry Relations & North America Claims Sales
M: ███████ | ███████@Solera.com | solera.com
1500 Solana Blvd., Bldg. 6, Ste. 6300, Westlake, TX 76262

Internal

---

**From:** John Simmons ███████@statefarm.com>
**Sent:** Sunday, March 30, 2025 10:19 PM
**To:** Brower, William ███████@solera.com>; Langford, Lisa ███████@solera.com>

2

**Cc:** Griffin Paul ███████████ @statefarm.com>; Amy Custer ██████████ @statefarm.com>; Megan Casper ████████████ @statefarm.com>; Sara Sears ██████████ @statefarm.com>

**Subject:** RE: Lynx Touchpoint

Hi Bill – State Farm is not sharing any communications with glass industry media outlets.

Thank you.
John

Internal

**From:** Brower, William ██████████ @solera.com>
**Sent:** Sunday, March 30, 2025 6:47 PM
**To:** John Simmons ██████████ @statefarm.com>; Langford, Lisa ██████████ @solera.com>
**Cc:** Megan Casper ████████████ @statefarm.com>; Sara Sears ██████████ @statefarm.com>
**Subject:** [EXTERNAL] RE: Lynx Touchpoint

Thanks for sharing John. Just to clarify I think you are only sharing internally but want to check to see if you are sharing anything on the change with any media outlets?

Bill

**William Brower**
Senior Vice President Global Industry Relations & North America Claims Sales
M: ██████████ | ██████████ @Solera.com | solera.com
1500 Solana Blvd., Bldg. 6, Ste. 6300, Westlake, TX 76262



Internal

**From:** John Simmons ██████████ @statefarm.com>
**Sent:** Sunday, March 30, 2025 5:11 PM
**To:** Langford, Lisa ██████████ @lynxservices.com>; Brower, William ██████████ @solera.com>
**Cc:** Megan Casper ████████████ @statefarm.com>; Sara Sears ██████████ @statefarm.com>
**Subject:** RE: Lynx Touchpoint

Hi Lisa and Bill – Sharing the attached State Farm Agents memo that was posted to the State Farm Agency News Hub on 3/28 regarding the TPA change.

Thanks,
John

Internal

**From:** John Simmons
**Sent:** Tuesday, March 25, 2025 10:40 AM
**To:** Langford, Lisa ██████████ @lynxservices.com>
**Cc:** Megan Casper ██████████ @statefarm.com>; Sara Sears ██████████ @statefarm.com>; Brower, William ██████████ @solera.com>
**Subject:** RE: Lynx Touchpoint

Hi Lisa – Our purpose with notifying Lynx of the internal communications we sent last week was for your awareness, not to share those communications.

However, we will share the two upcoming communications being sent on 3/28 (for agents) and 3/31 (for glass program participants) when those dates draw near.

Please continue to direct individuals with glass program questions to call (800) 291-8650 for assistance.

Thank you.
John

---

**From:** Langford, Lisa ██████████ @lynxservices.com>
**Sent:** Tuesday, March 25, 2025 7:45 AM
**To:** John Simmons ██████████ @statefarm.com>
**Cc:** Megan Casper ██████████ @statefarm.com>; Dori Hampton ██████████ @statefarm.com>; Sara Sears ██████████ @statefarm.com>; Brower, William ██████████ @solera.com>
**Subject:** [EXTERNAL] RE: Lynx Touchpoint

Good morning, John,

When we met last week, you indicated you would send us the communication that was sent out. Would you be able to do that, please?

We are starting to get questions from the marketplace and, as we discussed, we are referring them to Glass Claim Services.

I would really appreciate it.

Thanks,

Lisa

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ██████████ | C: +1 ██████████ ██████████ @Solera.com | LYNXServices.com



Internal

-----Original Appointment-----
**From:** Sara Sears ███████████ @statefarm.com>
**Sent:** Tuesday, January 28, 2025 3:39 PM
**To:** Sara Sears; John Simmons; Langford, Lisa; Brower, William
**Cc:** Megan Casper; Dori Hampton
**Subject:** Lynx Touchpoint
**When:** Tuesday, March 18, 2025 2:00 PM-2:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 249 233 578 081

Passcode: 5Jy6sx9u

_____

**Dial in by phone**

+1 872-215-6947,,455179606# United States, Chicago

Find a local number

Phone conference ID: 455 179 606#

For organizers: Meeting options | Reset dial-in PIN

_____

5

# EXHIBIT A-2

| | |
|---|---|
| **From:** | Langford, Lisa |
| **Sent:** | Thursday, June 26, 2025 11:11 AM |
| **To:** | Langford, Lisa |
| **Subject:** | FW: <EXT>Glass Services |

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ▮▮▮▮▮▮ | C: +1 ▮▮▮▮▮▮ | ▮▮▮▮▮@Solera.com | LYNXServices.com



Internal

**From:** Griffin Paul ▮▮▮▮▮@statefarm.com>
**Sent:** Wednesday, April 9, 2025 4:52 PM
**To:** Langford, Lisa ▮▮▮▮@solera.com>; John Simmons ▮▮▮▮▮@statefarm.com>; Sara Sears ▮▮▮▮▮@statefarm.com>
**Cc:** Bentlif, Alexandra ▮▮▮▮@solera.com>; Gill, Sheila ▮▮▮▮@solera.com>; Brower, William ▮▮▮▮@solera.com>
**Subject:** RE: <EXT>Glass Services

Hey Lisa,

Appreciate you confirming the removal of the option for Glass shops to apply for State Farm's glass program. We are still waiting on follow up from our Florida litigation teams but will follow up once we know more.

State Farm does not intend to share any proprietary information of Lynx with Safelite. To be clear, however, State Farm will be providing Safelite with information related to the glass shops which are participants in State Farm's O&A program, as reflected in the reports you've created for and provided to State Farm, which is proprietary information of State Farm.

Thank you,
Griffin

Internal

**From:** Langford, Lisa
**Sent:** Tuesday, April 8, 2025 5:50 PM
**To:** John Simmons ; Sara Sears ; Griffin Paul
**Cc:** Bentlif, Alexandra ; Gill, Sheila ; Brower, William
**Subject:** [EXTERNAL] FW: Glass Services

Thank you all for your time today.

To follow up on our discussion.

1) I have confirmed that the changes to LYNXServices.com to remove the METRYX "apply" option for the State Farm program will be implemented tonight.

2) During our meeting you said you are still discussing our conversation last week regarding the sharing of LYNX Proprietary data. Our Executive Leadership Team has requested a response by this Thursday. As you can imagine, the protection of our proprietary information is of critical importance to our ELT. Please confirm in writing that you have not and will not share LYNX confidential information, including but not limited to METRYX and Customized Offers data, (whether provided through the tool or as an export from LYNX), with any third parties.

3) I checked our current agreement with Paul McFarland, who has been acting as a Corporate Representative in Florida litigation. His contract runs through 7/31.

I look forward to hearing from you.

Thanks,

Lisa

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ██████████ | C: +1 ██████████        @Solera.com | LYNXServices.com



Internal


Internal

---

**From:** Langford, Lisa ████████@solera.com>
**Sent:** Wednesday, April 2, 2025 3:39 PM
**To:** Langford, Lisa ████████@lynxservices.com>; 'John Simmons' ████████@statefarm.com>; Brower, William ████████@solera.com>
**Cc:** 'Sara Sears' ████████@statefarm.com>; Griffin Paul ████████@statefarm.com>
**Subject:** RE: Glass Services

Thanks again for your time today, John.

I did want to clarify the data retention item below. You asked that we secure data from 2023 forward. As I mentioned, our internal records retention period reviewed and agreed to by State Farm is 7 years of history to maintain completeness of payments. Can you please provide clarification if you want us to anonymize the data between 2018 and 2023 or if you meant that 2023 – 2025 would be the minimum data kept? As I mentioned in our call, the warranty on claims is a State Farm warranty so there may be a benefit to keeping data intact for a longer period of time, but we can handle it either way.

Some items I have for our discussion next week:
- Follow up from our discussion today

2

- Follow up on record retention
- Access to LYNXServices.com post 7/1
- Final litigation support invoice and litigation support post 7/1 (specifically support of Paul McFarland)

The last two items aren't pressing, I just want to share them before I forget.

Thanks!

Lisa

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ███████ | C: +1 ███████ | ███████@Solera.com | LYNXServices.com



Internal

**From:** Langford, Lisa ███████@lynxservices.com>
**Sent:** Tuesday, February 11, 2025 8:48 AM
**To:** John Simmons ███████@statefarm.com>; Brower, William ███████@solera.com>
**Cc:** Sara Sears ███████@statefarm.com>
**Subject:** RE: Glass Services

Thanks, John, that looks like a good summary of what we've spoken about.

As we said at our meeting, we are happy to continue past July 1 in any capacity that is a benefit for State Farm or that eases the transition. Today we process 15 - 20k losses a month digitally directly from trusted retailers other than Safelite. Keeping that channel open provides a hot back-up for State Farm and gives those policyholders an effortless experience while reducing market friction.

If anything comes up before March 18, please reach out and I would be happy to put time on the calendar.

Thanks,

Lisa

**Lisa Langford**
Senior Director of Client Experience| LYNX Services
O:+1 ███████ | C: +1 ███████ | ███████@Solera.com | LYNXServices.com



**From:** John Simmons ███████@statefarm.com>
**Sent:** Tuesday, February 11, 2025 12:07 AM
**To:** Langford, Lisa ███████@lynxservices.com>; Brower, William ███████@solera.com>
**Cc:** Sara Sears ███████@statefarm.com>
**Subject:** Glass Services

Hi Lisa and Bill – Following-up from our discussion with glass claims no longer being processed by Lynx as of July 1, 2025. Here were the main points of discussion:

- Claims leading up to July 1, 2025, will be processed by Lynx until closed as State Farm will have paid Lynx for these claims.

- All Lynx glass claim services apply to claims for State Farm and HiRoad through this period.

- If there is an issue during the migration process, State Farm will notify Lynx by May 1, 2025, in order to secure transition services from Lynx.

- As of May 1, 2025, glass retail shops will no longer be added to the Lynx system and shop recertifications will be paused.

    o Individuals with related questions should be directed to call (800) 291-8650 for assistance.

- On June 1, 2025, State Farm will require up to 100 glass claims to be processed on a separate third-party administrator system.

- Lynx will secure/migrate all glass claims data, including dispatch information, from 2023 to 2025 YTD system cutover date (anticipate July 1st).

- State Farm will send communications to impacted stakeholders such as State Farm Agents and Retail Glass Shops over the next few months to inform them of the pending changes and new future state process. State Farm will share the timing of these communications with the Lynx Team.

- Lynx and State Farm will hold team status meetings every three weeks starting March 18, 2025.

If I have missed anything, please reply back to this email sharing those details accordingly.

State Farm appreciates Lynx' support through this period leading up to the July 1, 2025, system cutover.

Thank you!

_____

**John Simmons, MBA, ChFC, CLU**
Category Manager – Purchasing, P&C Auto Claims
One State Farm Plaza | Bloomington, IL 61710
Ofc: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮@statefarm.com



This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

# EXHIBIT A-3

**STATE FARM® NATIONAL OFFER AND ACCEPTANCE AGREEMENT**

This is an agreement ("Agreement"), between the Glass Company, including all of its Service Centers as defined herein and as may be listed on a Glass Company Directory, and State Farm Mutual Automobile Insurance Company, for itself and on behalf of its subsidiaries and affiliates ("State Farm").

This Agreement shall become effective upon Glass Companies receipt of State Farm's acceptance notice by Electronic Communication and it shall remain in effect until such time as either Glass Company or State Farm delivers to the other party written notice of termination of the Agreement. It will replace, supersede, and automatically terminate any prior or existing Offer and Acceptance Agreement between State Farm and Glass Company. This Agreement (and any attachments, addenda, and Supplements thereto) shall be the complete and exclusive statement of the agreement between the parties as to the subject matter of this Agreement and shall be binding upon each of the parties hereto.

**Section I – Definitions**

For purposes of this Agreement, the following terms when used with the first letter capitalized shall have the following definitions:

**ADAS –** Advanced Driver Assistance Systems - uses a human-machine interface to improve the driver's ability to react to dangers on the road.

**Agreement –** Means this State Farm National Offer and Acceptance Agreement, including all its terms and conditions, and applicable Supplements that are executed as part of this Agreement.

**ANSI –** American National Standards Institute.

**AGRSS –** Automotive Glass Replacement Safety Standard.

**Baseline Program Pricing –** Pricing for automotive glass repair and replacement services established by State Farm. Baseline Program Pricing may be revised in the future at the sole discretion of State Farm and communicated to the Glass Company executing this Agreement.

**Customer(s) –** Any State Farm policyholder with comprehensive or collision coverage.

**Disclosing Party–** State Farm Mutual Automobile Insurance Company, for itself and on behalf of its subsidiaries and affiliates ("State Farm") disclosing confidential information to the Receiving Party.

**Electronic Communication –** Electronic communications, including email communications, between State Farm, Program Administrator and Glass Company. Electronic Communication shall be considered the same as "written" communication, and electronic communication, when printed, shall be considered an "original" copy of the communication.

**Glass Claim Services –** The operating unit at State Farm that is responsible for implementing and managing the State Farm National Offer and Acceptance Program.

**Glass Company –** An entity that performs auto glass repair and/or replacement services for Customers under terms of this Agreement and is identifiable by its company name and unique Federal Tax Identification Number, Social Security Number, or Federal Employer Identification Number. A Glass Company may have multiple Service Centers as defined in this Agreement. The Terms of this Agreement shall apply to all Jobs performed by Glass Company through any/all of its Service Centers for State Farm or State Farm Customers.

1

**Glass Company Directory –** An online application that enables Glass Company to identify its service capacity, capabilities, industry certifications, training, and other pertinent information as defined by State Farm.

**Glass Company Profile –** The information supplied to State Farm through the Glass Company Directory on a State Farm or Program Administrator's site by Glass Company.  Information supplied needs to be accurate and regularly updated with changes.

**Information –** Information shall refer to all information, (including but not limited to name, address, policy number, claim number and other information pertaining to State Farm or its Customers) of which must be used and held in strict confidence and treated as confidential Information of State Farm according to Section VI subsection Q. of this Agreement.

**Job(s) –** Shall refer inclusively to automotive glass services, including repair, replacement, or both. Includes all related labor necessary to properly install the piece of glass, clean up, and travel as required. Also includes labor required for inspection, pre-work, post-work, and any related manual process, procedure, or activity, including transfer of windshield license and inspection stickers as necessary. Jobs include all such work as performed for any Customer that may choose to seek such repair or replacement services from the Glass Company, including but not limited to work dispatched to Glass Company by the Program Administrator.

**National Glass Program (O&A Program) –** The process developed by State Farm for assisting Customers who have claims involving the repair or replacement of automotive glass.

**NAGS® –** Refers to National Auto Glass Specifications, a Mitchell International Company. It lists pricing and provides a naming methodology for auto glass replacement parts.

**Offer and Acceptance Participant (O&A Participant) –** A Glass Company that has accepted the terms and conditions of this O&A Agreement and has been accepted as a participant by State Farm.

**Program Administrator –** Shall refer to either State Farm or a firm selected by State Farm to receive initial losses from Customers and dispatch Jobs. Program Administrator will operate according to the requirements specified by State Farm for customer service, invoice handling, auditing, payment, and related administrative tasks. Such requirements may be specifically outlined in a Supplement attached to this Agreement.

**Recalibration -** Windshield calibration refers to the recalibration of windshield-mounted camera(s) after the replacement of a windshield for vehicles with ADAS.

**Receiving Party –** Glass Company or Service Center receiving confidential information from the Disclosing Party.

**Select Offer and Acceptance Participant (Select O&A Participant) –** A Glass Company that has accepted the terms and conditions of this O&A Agreement, met entry level requirements, met and maintained Key Performance Indicators, and has accepted State Farm's invitation to be a Select O&A Participant.

**Service Center –** A Service Center is a physical facility that: (i) provides in-shop glass services or serves as a central dispatch point for mobile Technicians, or both, as identified on a Glass Company Directory; and (ii) is under the management and control of the Glass Company. Every Service Center must have at least one associated Technician, as identified on a Glass Company Directory that is qualified to perform Jobs for Customers under the terms of this Agreement. Every Service Center must have a unique verifiable address, telephone number and a fax machine or means to receive electronic Job assignments from Program Administrator. If the Service Center is solely a central dispatching point for mobile Technicians, then the unique verifiable address for the Service Center must be where the

2

Technician and related equipment are normally housed for the Service Area as listed in a Glass Company Directory.

████████  ███████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████

**Specialty Glass –** Any glass type for which there are no current published NAGS part numbers and prices may require special installation procedures. Processing falls within the defined handling of the Specialty Glass Administrator.

**Specialty Glass Administrator –** Shall refer to either the Program Administrator or the firm(s) approved by the Program Administrator as the primary source for administrating Specialty Glass claims and, at State Farm's direction, claims for parts for which there are no current published NAGS part numbers and prices.

**Supplement –** A legal document provided by State Farm and attached hereto and incorporated herein.

**Technician –** Technician means any qualified and trained person employed by the Glass Company who may perform auto glass repair or replacement services on vehicles for State Farm Customers.

<u>Section II – Baseline Program Pricing</u>

The Glass Company agrees to the following pricing, less any applicable deductible owed by the State Farm Customer, which the Glass Company agrees to collect from the Customer.  The pricing is determined by State Farm for its Pricing Zones for Jobs performed by Glass Company through any of its Service Centers for State Farm Customers.

A. **Glass Parts and Labor:**

   If the glass part installed has a NAGS list price, the Glass Company will be paid based on the NAGS list price and the applicable Job pricing as listed on the Program Administrators website and as defined in the Agreement.  The NAGS list price that applies will be the NAGS list price in effect on the date the Job was originally dispatched. If the glass part installed does not have a NAGS list price, the Glass Company will be paid based on the amount authorized by the Program Administrator.

   The Glass Company agrees to invoice Program Administrator for the cost of the most competitively priced glass part, with the same fit, features and function of the original glass.

   Current applicable glass pricing and labor allowances by Pricing Zone are posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

   ADAS recalibration services will be authorized by Program Administrator in advance of completion of work.

B. **Installation Materials:**

   Current installation material allowances (includes adhesive, primer, clips, and other required installation materials, except moldings and weather strips) are posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

C. **Moldings and Weather Strips:**

   For moldings and weather strips needed for proper installation, pricing is based on aftermarket manufacturer's published list price. Glass Company must provide invoice or other evidence of purchase of the molding or weather strip actually installed, when requested by Program Administrator.

3

Effective 12/15/2023

**D.  Window Tint:**

Current window tint film authorization limits are posted on the Program Administrator's website or otherwise communicated by the Program Administrator. The Glass Company agrees to request authorization for window tint film application only when the glass being replaced previously had window tint film.

**E.  Laminated Parts Repair:**

Current laminated repair parts pricing is posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

**F.  Sales Tax:**

State Farm shall pay any legally imposed sales, use or similar excise taxes that are the legal liability of, or are required to be collected from, State Farm. Under no circumstances shall State Farm be liable for any interest, penalties, fines, or other such charges incurred due to the failure of Glass Company to pay or collect when due any taxes owed with respect to the Agreement, or due to the failure of Glass Company to notify State Farm of any taxes owed with respect to the Agreement. State Farm shall not be required to pay or reimburse Glass Company for taxes based upon the net income or capital of Glass Company, nor for taxes imposed upon Glass Company solely by reason of Glass Company's doing business in or being incorporated in the jurisdiction imposing such taxes.

If State Farm contests or attempts to reduce any such taxes, interest, penalties, fines or other such charges, Glass Company shall cooperate with State Farm in good faith, including if necessary, filing refund claims in Glass Company's own name at State Farm's expense, or, at State Farm's request, filing any other related document. Glass Company shall reasonably cooperate with State Farm to minimize any taxes lawfully owed with respect to this Agreement. Glass Company shall pass to State Farm any tax refund and related interest it receives based on State Farm's previous payment or reimbursement of applicable taxes.



**C.**  The Glass Company agrees that it will invoice based on the Service Center to which the Job is dispatched, and will not attempt to influence the Customer to have the work completed in a different Pricing Zone for purposes of increasing the billable amount.

**E.**  When NAGS part number, prices and/or labor rates are unavailable or unpublished for a required part, Glass Company is required to first contact the Program Administrator for part and/or labor pricing authorization prior to

4

beginning the Job. Upon request, the Glass Company will provide a proof of purchase or other documentation requested by Program Administrator and acceptable to State Farm.

**F.** If the Glass Company bills Program Administrator for glass services at an amount that is less than the applicable pricing agreed upon above, the amount billed becomes the agreed upon pricing between the Glass Company and Program Administrator. Upon receipt of payment, Glass Company has thirty (30) days to contact Program Administrator if the original amount was billed in error. The Glass Company agrees that, after thirty (30) days, any balance of the bill is forfeited and will not be collected from the Customer or State Farm.

**G.** Glass Company represents it is insured for loss of or damage to customer vehicles and other property while in the possession of Glass Company.  In addition, Glass Company represents it has in force and will maintain business liability insurance with liability limits equal to or in excess of $1,000,000 per occurrence.

**H.** The pricing structures in Section II do not apply to parts for Specialty Glass for which there is no current published NAGS part number and price. For Jobs involving such non-NAGS Specialty Glass, Glass Company will have the following options:

    **1.** Install Specialty Glass provided by Specialty Glass Administrator and submit an invoice for the labor charges in an amount approved by State Farm or Specialty Glass Administrator; OR

    **2.** Provide Specialty Glass Administrator or other party designated by Program Administrator with a bid for the Job, including the appropriate non-NAGS listed part(s) and labor, and agree to complete the Job for the lower of two competitive bids; OR

    **3.** Choose not to perform the replacement of the Specialty Glass.

All other terms and conditions of the Agreement remain in effect.

## Section IV – Requirements for Electronic Commerce

**A.** Glass Company will apply to the O&A Program through an internet application hosted by the Program Administrator or other method designated by State Farm.

**B.** State Farm will utilize a Glass Company Directory to enable Glass Company to represent its company profile and services offered to State Farm. Accordingly, Glass Company agrees to create an accurate company profile in a Glass Company Directory before it submits its enrollment for the O&A Program, and to routinely update its company profile as needed to ensure the accuracy of such profile at all times. State Farm reserves the right to audit the information presented in the Glass Company Directory at any time.

**C.** Glass Company must provide and maintain the capability for Electronic Communications for all regular and routine communications between and among State Farm, Program Administrator, and Glass Company. Glass Company will provide an e-mail address for such Electronic Communications on Glass Company Directory and provide timely updates to Program Administrator of any changes to that email address by updating such information in Glass Company Directory.

**D.** Glass Company will process billing through the Program Administrator using software compatible to the Program Administrator's Electronic Data Interface (EDI) format.

**E.** Glass Company will utilize the Electronic Funds Transfer (EFT) available through the Program Administrator.

Effective 12/15/2023

## Section V – Customer Service and Quality Requirements

State Farm recognizes that Glass Company represents itself as an expert in its field and in the provision of services as described in this Agreement. Such services will be completed in adherence to all applicable industry standards for safety and quality, including but not limited to the specifications below.

State Farm or its designated representative shall have the right (including but not limited to on-site visits to Glass Company's premises) to audit Glass Company's records and systems related to the performance of this Agreement on five (5) day's prior written notice.  Such audit may include Glass Company providing business reports as requested by State Farm at no cost.  Glass Company agrees to cooperate with State Farm to resolve any auditing concerns in a timely manner.

**Glass Company agrees it will:**

A.  Only perform Jobs at the request and with the consent of the Customer.

B.  Perform all Jobs in accordance with applicable ANSI, Federal Motor Vehicle Safety Standards and AGRSS published industry standards and procedures, and ensure that all services and products meet or exceed all such standards. Utilize applicable adhesives in full accordance with specifications for product use and safe drive-away times provided by the manufacturer of the adhesive system utilized by the Glass Company to perform the Job.

C.  Inform the State Farm Customer of the type of glass and the type of repair or replacement to be used in repairing the vehicle prior to the Job being performed.

D.  Confirm the vehicle on the dispatch is the same vehicle having work completed. If the vehicle does not match the dispatch, the Glass Company must reach out to the Program Administrator prior to completing any work to confirm there is coverage for the vehicle having work completed.

E.  Only perform auto glass repairs or replacements if the condition of the vehicle allows for a safe and proper repair or replacement, and notify the Customer of any existing damage or condition that may negatively impact or prevent the proper and safe repair or replacement of the glass.

F.  Provide Customer with a written warranty of products and workmanship good for as long as the Customer owns the repaired vehicle and provide State Farm with a copy upon request. The warranty for glass repair or replacement must guarantee that corrective glass service will be provided at no additional cost throughout the United States. If corrective repairs are necessary and the vehicle owner is unable or unwilling to return to the Glass Company's facility, the Glass Company agrees to reimburse State Farm for such repairs including any associated replacement transportation paid for by State Farm.  There is no obligation to inform the original retailer prior to corrective repairs being completed.

G.  Have a knowledgeable, qualified person available to answer a telephone and schedule Customer appointments during normal business hours (as listed on Glass Company's profile in the Glass Company Directory) and have a self-answering fax machine or approved electronic means to receive Customer and billing information as confirmation from Program Administrator.

H.  Require technicians to display identification of the Glass Company's name and/or Logo.

I.  Provide the Customer a final itemized invoice of amount actually charged and of the invoice actually submitted to Program Administrator upon completion of replacement/repair and send invoice to Program Administrator only after the Job has been completed.

6

Effective 12/15/2023

**<u>Section VI – Commitments</u>**

**Glass Company agrees it will:**

A.   Contact the Program Administrator to obtain a dispatch prior to the job being performed.

B.   Invoice Program Administrator only for Jobs actually completed, including the piece of glass and molding or weather strip actually installed.

C.   Invoice any Job performed for a State Farm Customer or Job invoiced directly to State Farm, including but not limited to work dispatched to Glass Company by the Program Administrator, at Baseline Program Pricing agreed to in this contract. Any pricing offered by the Glass Company that is less than the Baseline Program Pricing as outlined in Section 1 of Supplement #1 to the State Farm® National Offer & Acceptance Agreement will apply.

D.   Refrain from representing themselves as or impersonating the Customer or State Farm Agent for the purposes of reporting or modifying the glass loss through the Program Administrator.

E.   Consider repair if it is appropriate for the damage involved and with consent of the Customer.  If the Customer is not satisfied with the repair for any reason or if the repair fails for any reason, the Glass Company agrees to refund the repair charge to State Farm or to the Customer if no amount was paid by State Farm.

F.   Provide glass installation and/or repair services from each of its Service Centers during Glass Company's business hours as provided in a Glass Company Directory. Each unique Service Center must employ at least one unique Technician who is dedicated to that Service Center. Such individual cannot be listed as an employee for another service center or another Glass Company.

G.   Glass Company will verify that each of its Service Centers meet Agreement requirements.

H.   Contact Program Administrator with the Customer prior to any changes to the original dispatch including the replacement, if a windshield was initially authorized for repair.

I.   Provide, upon request, evidence of ongoing training and certification in the use of windshield adhesives, proper installation procedures and repair techniques.

J.   Upon notice from State Farm, agree to future pricing structures, other amendments, or Supplements to this Agreement.  Such changes would be effective on the date specified in the notice, unless written notice of rejection is received by the Glass Claim Services unit at State Farm; in which case this Agreement shall be deemed terminated without further notice.

K.   Allow State Farm, or its designated representative, to verify Glass Company's compliance with this Agreement, and allow State Farm access to Customer vehicles while in the Glass Company's possession. Such access will be at the convenience of State Farm during Glass Company's regular business hours.

L.   Not use any State Farm, or Glass Claim Services name or logo on any advertising, publications, or other media that are displayed or disseminated to Glass Company's customers or other parties, including but not limited to Glass Company websites, social media, and phone books.

M.   Subject to Section VII subsection A of this Agreement, will not under any circumstance submit invoices for any Jobs that may be fraudulent or in violation with any local, state, or federal rules, regulations, or laws.

7

**N.** Not give, offer, or advertise any gifts, gratuities or other incentives including deductible discounts or waivers to State Farm Customers, State Farm Agents, their team members, or State Farm employees.

**O.** Collect from the Customer any and all deductible amounts. Glass Company agrees not to reduce, discount, or waive Customer's deductible when performing Job(s) under this Agreement.

**P.** Complete work on Customer's vehicle and will not sublet Job(s) to any other entity. This includes Recalibration or other related activities post installation.

(i)    If a third-party will be utilized for Recalibration or other post installation activities, the Glass Company must first obtain authorization, including amount to be charged, through the Program Administrator prior to any work being performed.

(ii)    The Glass Company is responsible for payment to the third-party performing the activity and will add the approved amount to the invoice submitted to the Program Administrator.

(iii)    Providing a third-party entity with billing or dispatch information, or authorizing work on behalf of a customer without prior consent is cause for removal from State Farm's National Offer and Acceptance Program.

**Q.** Comply with the following provisions on confidentiality:

(i)    Glass Company acknowledges it may learn or have access to confidential, proprietary, or private information (hereinafter "Information") of State Farm, State Farm's vendors, and vehicle owners. This Information specifically includes, but is not limited to, customer names, addresses, phone numbers, and social security numbers, vehicle accident and repair history, vehicle images, date of loss, and vehicle identification numbers. Glass Company warrants that it will use such Information for the limited purpose of repairing vehicles. Glass Company further warrants it will keep strictly confidential any such Information that Glass Company may learn. A third-party performing as a subcontractor for Glass Company to accomplish duties subject to this Agreement may be given access to pertinent Information if that third-party has agreed in writing with Glass Company to use such Information solely for the purpose of repairing vehicles and otherwise to keep such Information strictly confidential. Glass Company agrees it will not sell or share nor permit its third-party vendors to sell or share Information. Glass Company acknowledges that State Farm may share information regarding Glass Company's participation in the National Glass Program with vendors, suppliers, and other external entities.

(ii)    State Farm and Glass Company agree that, for the purposes of the Agreement, third parties whose duties for State Farm, or as a subcontractor for Glass Company in performing Glass Company's duties under this Agreement, require access to the Information provided under the Agreement shall have access to the Information as required by such duties, provided that: (a) such third parties have agreed in writing with either State Farm or Glass Company, in terms no less protective than the confidentiality obligations of the Agreement, to keep confidential the Information; (b) such third parties have agreed in writing with either State Farm or Glass Company not to use the Information for their own benefit or the benefit of any person or entity besides State Farm; and (c) State Farm, when allowing such third parties access to Glass Company's Information, will not exceed the license or use restrictions in the Agreement.

(iii)    Glass Company agrees not to use State Farm's or a State Farm third-party's Information for its own benefit or the benefit of any person or entity besides State Farm.

(iv)    The term "Disclosing Party" shall refer to the party to the Agreement providing the Information to the other party, and the term "Receiving Party" shall refer to the party receiving the Information in the course of its performance under the Agreement. The term "Information" shall not include

8

products or information that: (a) are in the public domain or in the possession of the Receiving Party without restriction at the time of receipt under the Agreement; (b) are used or released with the prior written approval of the Disclosing Party; (c) are independently developed by the Receiving Party, or (d) are ordered to be produced by a court of competent jurisdiction or appropriate regulatory authority, but in such case the Receiving Party producing the Information agrees to notify the Disclosing Party immediately and cooperate with the Disclosing Party in asserting a confidential or protected status for the Information.

(v)    The Receiving Party in the course of program participation may receive information from the Disclosing Party that is Trade Secret in nature. The Receiving Party agrees not to disseminate this information to any other parties other than the Disclosing Party.

(vi)    Each party expressly further agrees that, at the sole discretion of the Disclosing Party, it shall either return to the Disclosing Party or destroy any such Information and copies thereof; and it will certify any such destruction in writing to the Disclosing Party.

## Section VII

**Both State Farm and the Glass Company agree that:**

A.    Neither party will be liable to the other for any special, consequential, indirect, or incidental damages, except that the Glass Company, in addition to any actual or compensatory damages, will pay State Farm liquidated damages of $1,000 for each:

(i)  invoice for a fraudulent or other claim in violation of state law submitted in breach of Section VI, Paragraph L, of this Agreement; and/or

(ii)  Job where the Glass Company has misrepresented, manipulated, or otherwise influenced the invoice for the benefit of the Glass Company; and/or

(iii)  Job where the Glass Company has misrepresented, manipulated, or otherwise influenced the Service Area in which the Job was performed (and it's pricing) for the benefit of the Glass Company.

B.    Anything in this Agreement to the contrary notwithstanding, under no circumstances whatsoever shall State Farm's total liability to Glass Company for any other reason exceed in the aggregate the sum of Fifty Thousand Dollars ($50,000).

C.    Glass Company is an independent contractor for all purposes in the performance of this Agreement and is neither an employee nor Agent of State Farm. Neither Glass Company nor State Farm shall misrepresent this status to Customers or any other persons or entities.

D.    This Agreement and any Supplement(s) to the Agreement remain valid until terminated by either party by notifying the other party in writing.  State Farm or Glass Company can terminate this Agreement at any time, with or without cause.

E.    Glass Company agrees that it may not assign this Agreement to any other entity, including an entity that affiliates with or merges with or acquires Glass Company, except when State Farm approves such assignment in advance in writing.  State Farm may in its sole discretion grant or deny such approval.

F.    Glass Company cannot bring an action against State Farm when invoicing discrepancies arise. Glass Company will first contact State Farm directly to attempt to resolve any invoicing discrepancies. If a discrepancy cannot be resolved, Glass Company must first attempt resolution through Arbitration or Mediation.

9

**G.** Anything in the Agreement to the contrary notwithstanding, Glass Company shall indemnify and hold State Farm fully harmless against any loss, damages, claims, penalties, or expenses of any kind whatsoever (including costs and reasonable attorneys' fees), sustained or incurred by a third-party as a result of the negligent or intentional acts or omissions of Glass Company, and for which recovery is sought against State Farm by that third-party. Glass Company also shall indemnify State Farm for any costs and reasonable attorneys' fees sustained or incurred by State Farm in the defense of any such third-party claim.

**H.** All information provided by Glass Company to State Farm in connection with this Agreement and in a Glass Company Directory is true and correct and that State Farm may rely on the accuracy of that information in entering into this Agreement with Glass Company. Glass Company will maintain sufficient capacity to provide timely and convenient service to Customers throughout its designated Service Area(s). State Farm may review and, in its judgment, refine with the Glass Company the geographic area of any Service Area if the Glass Company demonstrates an inability to effectively service Customers throughout its Service Area(s).

**I.** If either party, on any occasion, fails to perform any term of this Agreement, and the other party does not enforce that term, the failure to enforce on that occasion shall not constitute a waiver of that term by the other party.

**J.** The offered Baseline Program Pricing has been reviewed and is accepted.

**Section VIII – Select O&A Participation**

**A.** State Farm will continuously measure and track key performance indicators (KPIs) in the areas of quality, efficiency, competitive pricing, and customer service. State Farm, at its sole discretion, may invite Glass Company to participate as a Select O&A Participant based on entry requirements, the results of the KPIs, and other factors determined by State Farm. Glass Company will have the option to decline participation. Glass Company, if not a Select O&A Participant, may become eligible to become a Select O&A Participant based on the results of the KPIs, program entry requirements, and other factors determined by State Farm.

**B.** Glass Company's performance related to the KPIs will be made available to Glass Company by the Program Administrator and will be accessible to Glass Company. Performance results will include updates indicating whether Glass Company's performance meets or fails to meet requirements to be a Select O&A Participant.

**C.** When State Farm determines that Glass Company will be invited to become a Select O&A Participant, Program Administrator will provide Glass Company with notice of such invitation. If Glass Company intends not to participate, Glass Company must notify Program Administrator through the use of the Glass Company Directory.

**D.** State Farm honors the choice a Customer has for a particular Glass Company. In instances in which a Customer requests assistance with Glass Company options, Program Administrator will assist the Customer by providing the names of Select O&A Participants.

**E.** State Farm retains the option to extend to the Glass Company; the opportunity to present to State Farm, pricing that is less than the Baseline Program Pricing. The opportunity to present such pricing will be limited to Glass Companies who are invited to be Select O&A Participants. Such pricing elected by the Glass Company will be presented to Program Administrator by means of the Glass Company Directory.

Effective 12/15/2023

**SUPPLEMENT #1 to the**
**STATE FARM® NATIONAL OFFER AND ACCEPTANCE AGREEMENT**

This is a Supplement to the State Farm National Offer and Acceptance Agreement (the "Agreement") between State Farm Mutual Automobile Insurance Company, on behalf of itself, its subsidiaries and affiliates ("State Farm"), located at One State Farm Plaza, Bloomington, Illinois 61710, and the Glass Company ("Glass Company"), including all of its Service Centers as defined herein and as may be listed on a Glass Company Directory. All the terms and conditions of the Agreement, including but not limited to the definitions, apply to this Supplement.

For purposes of this Supplement, LYNX Services, LLC ("LYNX Services") is the Program Administrator selected by State Farm to provide call center, invoice handling, remittance management, and other administrative services relative to and in accordance with the State Farm O&A Program.

**Section I – Definitions**

For purposes of this Supplement, the following terms when used with the first letter capitalized shall have the following definitions. Any capitalized terms defined in the Agreement will maintain the same defined meaning in this Supplement.

**Customized Offers®** - Customized Offers is a Registered Trademark of LYNX Services that refers to its patented self-service web technology to enable Glass Company to modify its pricing offer to State Farm by offering additional discounts to the Baseline Program Pricing, according to terms and conditions established by State Farm.

**METRYX®** – A Glass Company Director developed by LYNX Services that enables Glass Company to identify its service capacity, capabilities, industry certifications and training, and other pertinent information.

**Section II – Program Requirements**

The option of participation in Customized Offers will be limited to Glass Companies who are invited to be Select O&A Participants, per Section VIII of the Agreement. By the act of participation in Customized Offers, Glass Company understands, agrees, and warrants that it will comply with the following terms and conditions:

1. Any additional discounts offered are voluntary on the part of the Glass Company and, if offered, do not affect the Glass Company's obligation to comply with all provisions of the Agreement and any applicable amendments and supplements.

2. Additional discounting offers will be presented as extra discount points, to be added to the current discount points off list prices or subtracted from points above list prices, as determined by the Baseline Program Pricing. Such offers will decrease the net price paid to the Glass Company.

3.

5. All additional discounting offers submitted and confirmed via Customized Offers on the LYNX Services website will become effective at 12:01 AM Eastern Time on either: (i) the day following their submission, provided the submission is confirmed prior to 11:00 PM Eastern; or (ii) on the indicated effective date, whichever is later.

11

6. Additional discounting offers are effective for a minimum of 30 days from their effective date, after which the additional discounting offers may be withdrawn, left the same or revised.

7. During the 30-day period, or thereafter, Glass Company may submit additional discounting offers to increase the discount and lower the net price paid.

8. Effective with any notice of change to the Baseline Program Pricing of the Agreement, Section F above will not apply for any discounting offers submitted by Glass Company prior to the change in the Baseline Program Pricing.

9. Glass Company will indemnify and hold harmless LYNX Services and release and discharge State Farm relative to any and all effects, errors, and other damages that result from the additional discounting offers extended by Glass Company.

## Section III – Electronic Commerce

In addition to the terms listed under the Electronic Commerce section of the Agreement:

A. Glass Company will process billing through LYNX Services using software compatible with the Program Administrator's EDI (Electronic Data Interface) format. If Glass Company is unable or unwilling to invoice electronically, or if an electronic invoice is returned more than twice as a result of entry errors, Glass Company authorizes Program Administrator to assess and withhold a manual invoice handling fee of $10.00 (per claim) for each manual bill processed by Program Administrator for Glass Company, and Glass Company agrees not to bill the Customer for the any such manual invoice processing fee.

B. Glass Company will utilize the Electronic Funds Transfer (EFT) available through the Program Administrator. If Glass Company requires that payments for Jobs performed for State Farm Customers be made via manual check, Glass Company authorizes Program Administrator to assess and withhold a $2.00 manual check fee for each Job paid by manual check to Glass Company that includes payment(s) from State Farm. Glass Company agrees not to bill the Customer for any such manual fees.

## Section IV

**Both State Farm and the Glass Company agree that:**

The Supplement to the Agreement remains valid until terminated by State Farm.  State Farm may terminate the Agreement and any applicable Supplement to the Agreement at any time, with or without cause.

12

Effective 12/15/2023

# EXHIBIT A-4

**STATE FARM NATIONAL OFFER AND ACCEPTANCE AGREEMENT**

This is an agreement ("Agreement"), between the Glass Company, including all of its Service Centers as defined herein and as may be listed on a Glass Company Directory, and State Farm Mutual Automobile Insurance Company, for itself and on behalf of its subsidiaries and affiliates ("State Farm").

This Agreement shall become effective upon Glass Companies receipt of State Farm's acceptance notice by Electronic Communication and it shall remain in effect until such time as either Glass Company or State Farm delivers to the other party written notice of termination of the Agreement. It will replace, supersede, and automatically terminate any prior or existing Offer and Acceptance Agreement between State Farm and Glass Company. This Agreement (and any attachments, addenda, and Supplements thereto) shall be the complete and exclusive statement of the agreement between the parties as to the subject matter of this Agreement and shall be binding upon each of the parties hereto.

## Section I – Definitions

For purposes of this Agreement, the following terms when used with the first letter capitalized shall have the following definitions:

**ADAS** – Advanced Driver Assistance Systems - uses a human-machine interface to improve the driver's ability to react to dangers on the road.

**Agreement** – Means this State Farm National Offer and Acceptance Agreement, including all its terms and conditions, and applicable Supplements that are executed as part of this Agreement.

**ANSI** – American National Standards Institute.

**AGRSS** – Automotive Glass Replacement Safety Standard.

**Baseline Program Pricing** – Pricing for automotive glass repair and replacement services established by State Farm. Baseline Program Pricing may be revised in the future at the sole discretion of State Farm and communicated to the Glass Company executing this Agreement.

**Customer(s)** – Any State Farm policyholder with comprehensive or collision coverage.

**Disclosing Party**– State Farm Mutual Automobile Insurance Company, for itself and on behalf of its subsidiaries and affiliates ("State Farm") disclosing confidential information to the Receiving Party.

**Electronic Communication** – Electronic communications, including email

1

communications, between State Farm, Program Administrator and Glass Company. Electronic Communication shall be considered the same as "written" communication, and electronic communication, when printed, shall be considered an "original" copy of the communication.

**Glass Claim Services** – The operating unit at State Farm that is responsible for implementing and managing the State Farm National Offer and Acceptance Program.

**Glass Company** – An entity that performs auto glass repair and/or replacement services for Customers under terms of this Agreement and is identifiable by its company name and unique Federal Tax Identification Number, Social Security Number, or Federal Employer Identification Number. A Glass Company may have multiple Service Centers as defined in this Agreement. The Terms of this Agreement shall apply to all Jobs performed by Glass Company through any/all of its Service Centers for State Farm or State Farm Customers.

**Glass Company Directory** – An online application that enables Glass Company to identify its service capacity, capabilities, industry certifications, training, and other pertinent information as defined by State Farm.

**Glass Company Profile** – The information supplied to State Farm through the Glass Company Directory on a State Farm or Program Administrator's site by Glass Company.  Information supplied needs to be accurate and regularly updated with changes.

**Information** – Information shall refer to all information, (including but not limited to name, address, policy number, claim number and other information pertaining to State Farm or its Customers) of which must be used and held in strict confidence and treated as confidential Information of State Farm according to Section VI subsection Q. of this Agreement.

**Job(s)** – Shall refer inclusively to automotive glass services, including repair, replacement, or both. Includes all related labor necessary to properly install the piece of glass, clean up, and travel as required. Also includes labor required for inspection, pre-work, post-work, and any related manual process, procedure, or activity, including transfer of windshield license and inspection stickers as necessary. Jobs include all such work as performed for any Customer that may choose to seek such repair or replacement services from the Glass Company, including but not limited to work referred to Glass Company by the Program Administrator.

**National Glass Program (O&A Program)** –The process developed by State Farm for assisting Customers who have claims involving the repair or replacement of automotive glass.

**NAGS®** – Refers to National Auto Glass Specifications, a Mitchell International

2

Company. It lists pricing and provides a naming methodology for auto glass replacement parts.

**Offer and Acceptance Participant (O&A Participant)** – A Glass Company that has accepted the terms and conditions of this O&A Agreement and has been accepted as a participant by State Farm.

**Price Offer** Glass Company's ability to modify its pricing offer to State Farm by offering additional discounts to the Baseline Program Pricing, according to terms and conditions established by State Farm.

███████████████████████████████████████████████████

█████████████████████████

**Program Administrator** – Shall refer to either State Farm or a firm selected by State Farm to receive initial losses from Customers and refer Jobs. Program Administrator will operate according to the requirements specified by State Farm for customer service, invoice handling, auditing, payment, and related administrative tasks. Such requirements may be specifically outlined in a Supplement attached to this Agreement.

**Program Administrator Software** –Enables Glass Company to identify its service capacity, capabilities, industry certifications and training, and other pertinent information

**Recalibration -** Windshield calibration refers to the recalibration of windshield-mounted camera(s) after the replacement of a windshield for vehicles with ADAS.

**Receiving Party –** Glass Company or Service Center receiving confidential information from the Disclosing Party.

**Select Offer and Acceptance Participant (Select O&A Participant)** – A Glass Company that has accepted the terms and conditions of this O&A Agreement, met entry level requirements, met and maintained Key Performance Indicators, and has accepted State Farm's invitation to be a Select O&A Participant.

**Service Center** – A Service Center is a physical facility that: (i) provides in-shop glass services or serves as a central dispatch point for mobile Technicians, or both, as identified on a Glass Company Directory; and (ii) is under the management and control of the Glass Company. Every Service Center must have at least one associated Technician, as identified on a Glass Company Directory that is qualified to perform Jobs for Customers under the terms of this Agreement. Every Service Center must have a unique verifiable address, telephone number and a fax machine or means to receive electronic Job assignments from Program Administrator. If the Service Center is solely a central dispatching point for mobile Technicians, then the unique verifiable address for the Service Center must be where the Technician and related equipment are normally housed for the Service Area as listed in a Glass Company Directory.

Effective 7/1/25

██████████████████████████
██████████████████████████████
███████████████████████
████████████████████████████
███████████

**Specialty Glass** – Any glass type for which there are no current published NAGS part numbers and prices may require special installation procedures. Processing falls within the defined handling of the Specialty Glass Administrator.

**Specialty Glass Administrator** – Shall refer to either the Program Administrator or the firm(s) approved by the Program Administrator as the primary source for administrating Specialty Glass claims and, at State Farm's direction, claims for parts for which there are no current published NAGS part numbers and prices.

**Supplement** – A legal document provided by State Farm and attached hereto and incorporated herein.

**Technician** – Technician means any qualified and trained person employed by the Glass Company who may perform auto glass repair or replacement services on vehicles for State Farm Customers.


## Section II – Baseline Program Pricing

The Glass Company agrees to the following pricing, less any applicable deductible owed by the State Farm Customer, which the Glass Company agrees to collect from the Customer.  The pricing is determined by State Farm for its Pricing Zones for Jobs performed by Glass Company through any of its Service Centers for State Farm Customers.

A. **Glass Parts and Labor:**

If the glass part installed has a NAGS list price, the Glass Company will be paid based on the NAGS list price and the applicable Job pricing as listed on the Program Administrators website and as defined in the Agreement.  The NAGS list price that applies will be the NAGS list price in effect on the date of installation.  If the glass part installed does not have a NAGS list price, the Glass Company will be paid based on the amount authorized by the Program Administrator.

The Glass Company agrees to invoice Program Administrator for the cost of the most competitively priced glass part, with the same fit, features and function of the original glass.

Current applicable glass pricing and labor allowances by Pricing Zone are posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

4

Effective 7/1/25

ADAS recalibration services will be authorized by Program Administrator in advance of completion of work.

B. **Installation Materials:**

Current installation material allowances (includes adhesive, primer, clips, and other required installation materials, except moldings and weather strips) are posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

C. **Moldings and Weather Strips:**

For moldings and weather strips needed for proper installation, pricing is based on aftermarket manufacturer's published list price. Glass Company must provide invoice or other evidence of purchase of the molding or weather strip actually installed, when requested by Program Administrator.

D. **Window Tint:**

Current window tint film authorization limits are posted on the Program Administrator's website or otherwise communicated by the Program Administrator. The Glass Company agrees to request authorization for window tint film application only when the glass being replaced previously had window tint film.

E. **Laminated Parts Repair:**

Current laminated repair parts pricing is posted on the Program Administrator's website or otherwise communicated by the Program Administrator.

F. **Sales Tax:**

State Farm shall pay any legally imposed sales, use or similar excise taxes that are the legal liability of, or are required to be collected from, State Farm. Under no circumstances shall State Farm be liable for any interest, penalties, fines, or other such charges incurred due to the failure of Glass Company to pay or collect when due any taxes owed with respect to the Agreement, or due to the failure of Glass Company to notify State Farm of any taxes owed with respect to the Agreement. State Farm shall not be required to pay or reimburse Glass Company for taxes based upon the net income or capital of Glass Company, nor for taxes imposed upon Glass Company solely by reason of Glass Company's doing business in or being incorporated in the jurisdiction imposing such taxes.

If State Farm contests or attempts to reduce any such taxes, interest, penalties,

5

fines or other such charges, Glass Company shall cooperate with State Farm in good faith, including if necessary, filing refund claims in Glass Company's own name at State Farm's expense, or, at State Farm's request, filing any other related document. Glass Company shall reasonably cooperate with State Farm to minimize any taxes lawfully owed with respect to this Agreement. Glass Company shall pass to State Farm any tax refund and related interest it receives based on State Farm's previous payment or reimbursement of applicable taxes.

## **Section III – Program Requirements**



C. The Glass Company agrees that it will invoice based on the Service Center to which the Job is referred and will not attempt to influence the Customer to have the work completed in a different Pricing Zone for purposes of increasing the billable amount.



E. When NAGS part number, prices and/or labor rates are unavailable or unpublished for a required part, Glass Company is required to first contact the Program Administrator for part and/or labor pricing authorization prior to beginning the Job. Upon request, the Glass Company will provide a proof of purchase or other documentation requested by Program Administrator and acceptable to State Farm.

F. If the Glass Company bills Program Administrator for glass services at an amount that is less than the applicable pricing agreed upon above, the amount billed becomes the agreed upon pricing between the Glass Company and Program Administrator. Upon receipt of payment, Glass Company has thirty (30) days to contact Program Administrator if the original amount was billed in error. The Glass Company agrees that, after thirty (30) days, any balance of the bill is forfeited and will not be collected from the Customer or State Farm.

6

G.  Glass Company represents it is insured for loss of or damage to customer vehicles and other property while in the possession of Glass Company.  In addition, Glass Company represents it has in force and will maintain business liability insurance with liability limits equal to or in excess of $1,000,000 per occurrence.

H.  The pricing structures in Section II do not apply to parts for Specialty Glass for which there is no current published NAGS part number and price. For Jobs involving such non-NAGS Specialty Glass, Glass Company will have the following options:

1.  Install Specialty Glass provided by Specialty Glass Administrator and submit an invoice for the labor charges in an amount approved by State Farm or Specialty Glass Administrator; OR

2.  Provide Specialty Glass Administrator or other party designated by Program Administrator with a bid for the Job, including the appropriate non-NAGS listed part(s) and labor, and agree to complete the Job for the lower of two competitive bids; OR

3.  Choose not to perform the replacement of the Specialty Glass.

All other terms and conditions of the Agreement remain in effect.


## Section IV – Requirements for Electronic Commerce

A.  Glass Company will apply to the O&A Program through an internet application hosted by the Program Administrator or other method designated by State Farm.

B.  State Farm will utilize a Glass Company Directory to enable Glass Company to represent its company profile and services offered to State Farm. Accordingly, Glass Company agrees to create an accurate company profile in a Glass Company Directory before it submits its enrollment for the O&A Program, and to routinely update its company profile as needed to ensure the accuracy of such profile at all times. State Farm reserves the right to audit the information presented in the Glass Company Directory at any time.

C.  Glass Company must provide and maintain the capability for Electronic Communications for all regular and routine communications between and among State Farm, Program Administrator, and Glass Company. Glass Company will provide an e-mail address for such Electronic Communications on Glass Company Directory and provide timely updates to Program Administrator of any changes to that email address by updating such information in Glass Company Directory.

D.  Glass Company will process billing through the Program Administrator using software compatible to the Program Administrator's Electronic Data Interface

(EDI) format.

E.   Glass Company will utilize the Electronic Funds Transfer (EFT) available through the Program Administrator.

## Section V – Customer Service and Quality Requirements

State Farm recognizes that Glass Company represents itself as an expert in its field and in the provision of services as described in this Agreement. Such services will be completed in adherence to all applicable industry standards for safety and quality, including but not limited to the specifications below.

State Farm or its designated representative shall have the right (including but not limited to on-site visits to Glass Company's premises) to audit Glass Company's records and systems related to the performance of this Agreement on five (5) day's prior written notice.  Such audit may include Glass Company providing business reports as requested by State Farm at no cost.  Glass Company agrees to cooperate with State Farm to resolve any auditing concerns in a timely manner.

**Glass Company agrees it will:**

A.   Only perform Jobs at the request and with the consent of the Customer.

B.   Perform all Jobs in accordance with applicable ANSI, Federal Motor Vehicle Safety Standards and AGRSS published industry standards and procedures, and ensure that all services and products meet or exceed all such standards. Utilize applicable adhesives in full accordance with specifications for product use and safe drive-away times provided by the manufacturer of the adhesive system utilized by the Glass Company to perform the Job.

C.   Inform the State Farm Customer of the type of glass and the type of repair or replacement to be used in repairing the vehicle prior to the Job being performed.

D.   Confirm the vehicle on the referral is the same vehicle having work completed. If the vehicle does not match the referral, the Glass Company must reach out to the Program Administrator prior to completing any work to confirm there is coverage for the vehicle having work completed.

E.   Only perform auto glass repairs or replacements if the condition of the vehicle allows for a safe and proper repair or replacement, and notify the Customer of any existing damage or condition that may negatively impact or prevent the proper and safe repair or replacement of the glass.

F.   Provide Customer with a written warranty of products and workmanship good for

as long as the Customer owns the repaired vehicle and provide State Farm with a copy upon request. The warranty for glass repair or replacement must guarantee that corrective glass service will be provided at no additional cost throughout the United States. If corrective repairs are necessary and the vehicle owner is unable or unwilling to return to the Glass Company's facility, the Glass Company agrees to reimburse State Farm for such repairs including any associated replacement transportation paid for by State Farm. There is no obligation to inform the original retailer prior to corrective repairs being completed.

G. Have a knowledgeable, qualified person available to answer a telephone and schedule Customer appointments during normal business hours (as listed on Glass Company's profile in the Glass Company Directory) and have a self-answering fax machine or approved electronic means to receive Customer and billing information as confirmation from Program Administrator.

H. Require technicians to display identification of the Glass Company's name and/or Logo.

I. Provide the Customer a final itemized invoice of amount actually charged and of the invoice actually submitted to Program Administrator upon completion of replacement/repair and send invoice to Program Administrator only after the Job has been completed.

## Section VI – Commitments

**Glass Company agrees it will:**

A. Contact the Program Administrator to obtain a referral prior to the job being performed.

B. Invoice Program Administrator only for Jobs actually completed, including the piece of glass and molding or weather strip actually installed.

C. Invoice any Job performed for a State Farm Customer or Job invoiced directly to State Farm, including but not limited to work referred to Glass Company by the Program Administrator, at Baseline Program Pricing agreed to in this contract. Any pricing offered by the Glass Company that is less than the Baseline Program Pricing as outlined in Section 1 of Supplement #1 to the State Farm® National Offer & Acceptance Agreement will apply.

D. Refrain from representing themselves as or impersonating the Customer or State Farm Agent for the purposes of reporting or modifying the glass loss through the Program Administrator.

E. Consider repair if it is appropriate for the damage involved and with consent of the Customer. If the Customer is not satisfied with the repair for any reason or if the repair fails for any reason, the Glass Company agrees to refund the repair charge to State Farm or to the Customer if no amount was paid by State Farm.

9

Effective 7/1/25

1:25-cv-01251-JEH-RLH    # 70-7    Filed: 07/14/26    Page 57 of 63

F.  Capture electronic images of vehicle damage that corresponds to the damaged glass opening prior to completing the repairs of the vehicle. Images must also include post replacement images. Electronic images will be of sufficient quality to allow for effective review by State Farm personnel and support the glass damage. Electronic images will be transmitted to State Farm or its Third-Party Administrator.

G.  Provide glass installation and/or repair services from each of its Service Centers during Glass Company's business hours as provided in a Glass Company Directory. Each unique Service Center must employ at least one unique Technician who is dedicated to that Service Center. Such individual cannot be listed as an employee for another service center or another Glass Company.

H.  Glass Company will verify that each of its Service Centers meet Agreement requirements.

I.  Contact Program Administrator with the Customer prior to any changes to the original referral including the replacement, if a windshield was initially authorized for repair.

J.  Provide, upon request, evidence of ongoing training and certification in the use of windshield adhesives, proper installation procedures and repair techniques.

K.  Upon notice from State Farm, agree to future pricing structures, other amendments, or Supplements to this Agreement.  Such changes would be effective on the date specified in the notice, unless written notice of rejection is received by the Glass Claim Services unit at State Farm; in which case this Agreement shall be deemed terminated without further notice.

L.  Allow State Farm, or its designated representative, to verify Glass Company's compliance with this Agreement, and allow State Farm access to Customer vehicles while in the Glass Company's possession. Such access will be at the convenience of State Farm during Glass Company's regular business hours.

M.  Not use any State Farm, or Glass Claim Services name or logo on any advertising, publications, or other media that are displayed or disseminated to Glass Company's customers or other parties, including but not limited to Glass Company websites, social media, and phone books.

N.  Subject to Section VII subsection A of this Agreement, will not under any circumstance submit invoices for any Jobs that may be fraudulent or in violation with any local, state, or federal rules, regulations, or laws. Not give, offer, or advertise any gifts, gratuities or other incentives including deductible discounts or waivers to State Farm Customers, State Farm Agents, their team members, or State Farm employees.

O.  Collect from the Customer any and all deductible amounts. Glass Company agrees

10

Effective 7/1/25

not to reduce, discount, or waive Customer's deductible when performing Job(s) under this Agreement.

P.  Complete work on Customer's vehicle and will not sublet Job(s) to any other entity. This includes Recalibration or other related activities post installation. The Glass Company is not permitted to charge any markup on the costs associated with third-party services.

(i)  If a third-party will be utilized for Recalibration or other post installation activities, the Glass Company must first obtain authorization, including amount to be charged, through the Program Administrator prior to any work being performed.

(ii)  The Glass Company is responsible for payment to the third-party performing the activity and will add the approved amount to the invoice submitted to the Program Administrator.

(iii)  Providing a third-party entity with billing or referral information, or authorizing work on behalf of a customer without prior consent is cause for removal from State Farm's National Offer and Acceptance Program.

Q.  Comply with the following provisions on confidentiality:

(i)  Glass Company acknowledges it may learn or have access to confidential, proprietary, or private information (hereinafter "Information") of State Farm, State Farm's vendors, and vehicle owners. This Information specifically includes, but is not limited to, customer names, addresses, phone numbers, and social security numbers, vehicle accident and repair history, vehicle images, date of loss, and vehicle identification numbers. Glass Company warrants that it will use such Information for the limited purpose of repairing vehicles. Glass Company further warrants it will keep strictly confidential any such Information that Glass Company may learn. A third-party performing as a subcontractor for Glass Company to accomplish duties subject to this Agreement may be given access to pertinent Information if that third-party has agreed in writing with Glass Company to use such Information solely for the purpose of repairing vehicles and otherwise to keep such Information strictly confidential. Glass Company agrees it will not sell or share nor permit its third-party vendors to sell or share Information. Glass Company acknowledges that State Farm may share information regarding Glass Company's participation in the National Glass Program with vendors, suppliers, and other external entities.

(ii)  State Farm and Glass Company agree that, for the purposes of the Agreement, third parties whose duties for State Farm, or as a subcontractor for Glass Company in performing Glass Company's duties under this Agreement, require access to the Information

11

provided under the Agreement shall have access to the Information as required by such duties, provided that: (a) such third parties have agreed in writing with either State Farm or Glass Company, in terms no less protective than the confidentiality obligations of the Agreement, to keep confidential the Information; (b) such third parties have agreed in writing with either State Farm or Glass Company not to use the Information for their own benefit or the benefit of any person or entity besides State Farm; and (c) State Farm, when allowing such third parties access to Glass Company's Information, will not exceed the license or use restrictions in the Agreement.

(iii)     Glass Company agrees not to use State Farm's or a State Farm third-party's Information for its own benefit or the benefit of any person or entity besides State Farm.

(iv)     The term "Disclosing Party" shall refer to the party to the Agreement providing the Information to the other party, and the term "Receiving Party" shall refer to the party receiving the Information in the course of its performance under the Agreement. The term "Information" shall not include products or information that: (a) are in the public domain or in the possession of the Receiving Party without restriction at the time of receipt under the Agreement; (b) are used or released with the prior written approval of the Disclosing Party; (c) are independently developed by the Receiving Party, or (d) are ordered to be produced by a court of competent jurisdiction or appropriate regulatory authority, but in such case the Receiving Party producing the Information agrees to notify the Disclosing Party immediately and cooperate with the Disclosing Party in asserting a confidential or protected status for the Information.

(v)     The Receiving Party in the course of program participation may receive information from the Disclosing Party that is Trade Secret in nature. The Receiving Party agrees not to disseminate this information to any other parties other than the Disclosing Party.

(vi)     Each party expressly further agrees that, at the sole discretion of the Disclosing Party, it shall either return to the Disclosing Party or destroy any such Information and copies thereof; and it will certify any such destruction in writing to the Disclosing Party.

## Section VII

**Both State Farm and the Glass Company agree that:**

A.    Neither party will be liable to the other for any special, consequential, indirect, or incidental damages, except that the Glass Company, in addition to any actual or

12

compensatory damages, will pay State Farm liquidated damages of $1,000 for each:

(i) invoice for a fraudulent or other claim in violation of state law submitted in breach of Section VI, Paragraph L, of this Agreement; and/or

(ii) Job where the Glass Company has misrepresented, manipulated, or otherwise influenced the invoice for the benefit of the Glass Company; and/or

(iii) Job where the Glass Company has misrepresented, manipulated, or otherwise influenced the Service Area in which the Job was performed (and it's pricing) for the benefit of the Glass Company.

B.  Anything in this Agreement to the contrary notwithstanding, under no circumstances whatsoever shall State Farm's total liability to Glass Company for any other reason exceed in the aggregate the sum of Fifty Thousand Dollars ($50,000).

C.  Glass Company is an independent contractor for all purposes in the performance of this Agreement and is neither an employee nor Agent of State Farm. Neither Glass Company nor State Farm shall misrepresent this status to Customers or any other persons or entities.

D.  This Agreement and any Supplement(s) to the Agreement remain valid until terminated by either party by notifying the other party in writing. State Farm or Glass Company can terminate this Agreement at any time, with or without cause.

E.  Glass Company agrees that it may not assign this Agreement to any other entity, including an entity that affiliates with or merges with or acquires Glass Company, except when State Farm approves such assignment in advance in writing. State Farm may in its sole discretion grant or deny such approval.

F.  Glass Company cannot bring an action against State Farm when invoicing discrepancies arise. Glass Company will first contact State Farm directly to attempt to resolve any invoicing discrepancies. If a discrepancy cannot be resolved, Glass Company must first attempt resolution through Arbitration or Mediation. Anything in the Agreement to the contrary notwithstanding, Glass Company shall indemnify and hold State Farm fully harmless against any loss, damages, claims, penalties, or expenses of any kind whatsoever (including costs and reasonable attorneys' fees), sustained or incurred by a third-party as a result of the negligent or intentional acts or omissions of Glass Company, and for which recovery is sought against State Farm by that third-party. Glass Company also shall indemnify State Farm for any costs and reasonable attorneys' fees sustained or incurred by State Farm in the defense of any such third-party claim.

G.  All information provided by Glass Company to State Farm in connection with this Agreement and in a Glass Company Directory is true and correct and that State Farm may rely on the accuracy of that information in entering into this Agreement

13

Effective 7/1/25

with Glass Company. Glass Company will maintain sufficient capacity to provide timely and convenient service to Customers throughout its designated Service Area(s). State Farm may review and, in its judgment, refine with the Glass Company the geographic area of any Service Area if the Glass Company demonstrates an inability to effectively service Customers throughout its Service Area(s).

H.  If either party, on any occasion, fails to perform any term of this Agreement, and the other party does not enforce that term, the failure to enforce on that occasion shall not constitute a waiver of that term by the other party.

I.  The offered Baseline Program Pricing has been reviewed and is accepted.

## Section VIII – Select O&A Participation

A.  State Farm will continuously measure and track key performance indicators (KPIs) in the areas of quality, efficiency, competitive pricing, and customer service. State Farm, at its sole discretion, may invite Glass Company to participate as a Select O&A Participant based on entry requirements, the results of the KPIs, and other factors determined by State Farm. Glass Company will have the option to decline participation. Glass Company, if not a Select O&A Participant, may become eligible to become a Select O&A Participant based on the results of the KPIs, program entry requirements, and other factors determined by State Farm.

B.  Glass Company's performance related to the KPIs will be made available to Glass Company by the Program Administrator and will be accessible to Glass Company. Performance results will include updates indicating whether Glass Company's performance meets or fails to meet requirements to be a Select O&A Participant.

C.  When State Farm determines that Glass Company will be invited to become a Select O&A Participant, Program Administrator will provide Glass Company with notice of such invitation. If Glass Company intends not to participate, Glass Company must notify Program Administrator through the use of the Glass Company Directory.

D.  State Farm honors the choice a Customer has for a particular Glass Company. In instances in which a Customer requests assistance with Glass Company options, Program Administrator will assist the Customer by providing the names of Select O&A Participants.

E.  State Farm retains the option to extend to the Glass Company; the opportunity to present to State Farm, pricing that is less than the Baseline Program Pricing. The opportunity to present such pricing will be limited to Glass Companies who are invited to be Select O&A Participants. Such pricing elected by the Glass Company will be presented to Program Administrator by means of the Glass Company Directory.

14

Effective 7/1/25

## Section IX – Program Requirements

The option of participation in Price Offers will be limited to Glass Companies who are invited to be Select O&A Participants, per Section VIII of the Agreement. By the act of participation in Price Offers, Glass Company understands, agrees, and warrants that it will comply with the following terms and conditions:

A.  Any additional discounts offered are voluntary on the part of the Glass Company and, if offered, do not affect the Glass Company's obligation to comply with all provisions of the Agreement and any applicable amendments and supplements.

B.  Additional discounting offers will be presented as extra discount points, to be added to the current discount points off list prices or subtracted from points above list prices, as determined by the Baseline Program Pricing. Such offers will decrease the net price paid to the Glass Company.



E.  All additional discounting offers submitted and confirmed via Price Offers on the Program Administrator's website will become effective at 12:01 AM Eastern Time on either: (i) the day following their submission, provided the submission is confirmed prior to 11:00 PM Eastern; or (ii) on the indicated effective date, whichever is later. Additional discounting offers are effective for a minimum of 30 days from their effective date, after which the additional discounting offers may be withdrawn, left the same or revised.

F.  During the 30-day period, or thereafter, Glass Company may submit additional discounting offers to increase the discount and lower the net price paid.

G.  Effective with any notice of change to the Baseline Program Pricing of the Agreement, Section F above will not apply for any discounting offers submitted by Glass Company prior to the change in the Baseline Program Pricing.

H.  Glass Company will indemnify and hold harmless the Program Administrator and release and discharge State Farm relative to any and all effects, errors, and other damages that result from the additional discounting offers extended by Glass Company.

## Section X – Electronic Commerce

15

Effective 7/1/25

In addition to the terms listed under the Electronic Commerce section of the Agreement:

A. Glass Company will process billing through the Program Administrator using software compatible with the Program Administrator's EDI (Electronic Data Interface) format at no fee. If Glass Company is unable or unwilling to invoice electronically, or if an electronic invoice is returned more than twice as a result of entry errors, Glass Company authorizes Program Administrator to assess and withhold a manual invoice handling fee of $15.00 (per replacement invoice) and $12.00 (per repair invoice) for each manual bill processed by Program Administrator for Glass Company, and Glass Company agrees not to bill the Customer for the any such manual invoice processing fee

B. Glass Company will utilize the Electronic Funds Transfer (EFT) available through the Program Administrator. If Glass Company requires that payments for Jobs performed for State Farm Customers be made via manual check, Glass Company authorizes Program Administrator to assess and withhold 1% of the payment amount as a manual check fee for each Job paid by manual check to Glass Company that includes payment(s) from State Farm. Glass Company agrees not to bill the Customer for any such manual fees.

16

Effective 7/1/25